08-10084.on

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

## ORDER RE: MOTION TO OVERRULE OBJECTIONS

**This matter** is before this Court on Defendant...'s Motion to Overrule...Objections (D.E. 195) filed August 4, 2009. The Court has considered the motion, the response, the reply, and considered all pertinent materials in the file.

As if there weren't enough litigation over propounded discovery, this motion involves discovery not yet propounded. After review of this material, the Court finds two things that clearly stand out: (1) the subpoenas are significantly overbroad; and (2) the objections are likewise.

For example, requests 2 and 3 are clearly not reasonably calculated to lead to admissable evidence and can easily be narrowed. Likewise, a "preliminary objection" that states that a request "could be construed to encompass documents or information ...protected by ...privilege"

-1-

is likewise improper. If some of the production is privileged, that does not relieve the subpoenaed party from producing that which is not. See e.g. AT&T Mobility, LLC v. Miranda Holding Corp., 2008 WL 2139519 (S.D. Fla.); Johnson v. Kraft Foods North America, Inc., 238 F.R.D. 648, 656 (D. Kansas 2006), Doe v. National Hemophilia Foundation, 194 F.R.D. 516520 (D. Md. 2000).

Finally, on the issue of a privilege log, the Court notes that there really is no formal rule governing "preliminary objections". Therefore the Court agrees with plaintiffs - there is no requirement for a privilege log. However, once the subpoenas are served (see ruling, infra), the rules of discovery are applicable.

In short it is hard to determine which is worse. Therefore, and the Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** as follows:

1. The motion to overrule is hereby **DENIED, without prejudice** to be re-visited when and if appropriate, upon proper motion.

2. Defendant is free to revise the proposed subpoenas.

3. If defendant does so - it is to share same with defendants, before serving.

4. The parties shall meet in a good faith effort to resolve any or all remaining disagreements prior to service of the subpoenas.

5. After that meeting, defendant may serve the subpoenas, and the Special Master will resolve any issues raised, upon proper motion.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of October, 2009.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record