08-10084.o12

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

## ORDER DENYING JOINT MOTION FOR LEAVE TO FILE JOINT PAPERS

**This matter** is before this Court on plaintiffs' Joint Motion for Leave to File Joint Papers (D.E. 334), filed October 16, 2009. The Court has considered the motion, the responses, and all pertinent materials in the file. There is no reply.

The Court finds that, practically speaking, there is some merit to the motion. However, the responses delineate numerous problems with plaintiffs' proposal...most, if not all of which are potentially remediable. In the absence of a reply, the Court has no choice but to accept the validity of the matters raised in the responses.

Therefore, and the Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**, without

1

prejudice. If plaintiff can remedy the matters raised in the responses, the Court would consider the relief sought.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of November, 2009.

/s/
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record