UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA, KEY WEST DIVISION

**CASE NO. 08-10084-CIV-MARTINEZ/BROWN**

PETER HALMOS, et al.,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA, et al.,

    Defendants.
_____/

## Plaintiffs' Corrected Notice of Service of Supplemental Expert Reports and Motion for One-Day Enlargement of Time for One Report

Plaintiffs International Yachting Charters Inc, High Plains Capital and Peter Halmos hereby file this corrected notice of service of updated expert reports, and request a one-day extension of time to file a supplement to one report.

### Notice of Filing Reports

Plaintiffs have served on Defendants the following updates to the reports provided on March 29, 2010:

    A.    <u>Supplemental report of Richard Davies</u>: Mr. Davies May 3, 2006 report and c.v. were previously provided. The supplemental report provided today supplements and updates the prior findings as to the *Legacy*. As discussed below, Mr. Davies has indicated that his supplemental report on the *Mongoose* will be completed tomorrow, May 4, 2010. Plaintiffs

therefore seek a one day enlargement of time to provide that report to Defendants.

B. <u>Final report of Robert Nailon</u>: Mr. Nailon's preliminary report and c.v. were previously provided. The final report provided today replaces the prior report.

In addition to these new reports, Defendants are already in possession of the deposition of John Coffin, who was designated as an expert by Plaintiffs. That deposition sets forth in detail Mr. Coffin's opinions and qualifications, and provides all other required disclosures and supporting information.

In an attempt to streamline their case, Plaintiffs withdraw, at this time, the other experts listed on their March 29, 2010 expert designation (with the exception of Mr. Dinsmore whose report is not yet due), but reserve the right to call any of those experts in rebuttal.

## Motion for One-Day Extension of Time

Plaintiffs' expert Mr. Davies has indicated that, due to other workload, he needs one additional day to complete his supplemental report on the damage and repair cost to the *Mongoose*. Mr. Davies has indicated that this supplement to his report will be completed on May 4, 2010, and Plaintiffs respectfully request a one-day enlargement of time for that portion of Mr. Davies' report. As no deposition of Mr. Davies has yet been set, this extension will not prejudice Defendants.

## Conclusion

For the foregoing reasons, Plaintiffs submit the attached materials and move for a one-day enlargement of time for the remaining supplement to Mr. Davies' report.

Respectfully submitted,

        Joseph P. Klock, Jr. FBN 155678
        Juan Carlos Antorcha FBN 0523305
        RASCO KLOCK REININGER PEREZ
        ESQUENAZI VIGIL & NIETO
        283 Catalonia Avenue
        Coral Gables, Florida 33134
        Telephone: 305.476.7105
        Facsimile: 305.476.7102

        By: /s/ Joseph P. Klock, Jr.

THE LAW OFFICE OF HUGH J. MORGAN
Hugh J. Morgan
P.O. Box 1117
Key West, Florida 33041
Telephone: (305) 296-5676
Facsimile: (305)296-4331
hugh@hjmorganlaw.com

SPOTTSWOOD, SPOTTSWOOD & SPOTTSWOOD
Jack Spottswood
500 Fleming Street
Key West, Florida 33040
Telephone: (305) 294-9556
Facsimile: (305) 292-1982
jack@spottswood.com

*By Permission*
PETER HALMOS, pro se
c/o Meyers & Associates, CPA
5725 Corporate Way, #101
West Palm Beach, FL 33407
Telephone: (561) 684-6604
Facsimile: (561) 684-3381
gail@meyerscpa.com
By: /s/ Peter Halmos

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Juan Carlos Antorcha*

## Service List

Frank J. Sioli
Zascha B. Abbott
BROWN SIMS P.C.
Datran One - Suite 908
9100 South Dadeland Boulevard
Miami, Florida 33156
Telephone: (305) 274-5507
Facsimile: (305) 274-551
fsioli@brownsims.com

Scott Bassman
Dara Jebrock
Counsel for Defendant,
Strickland
Cole, Scott & Kissane, P.A.
Dadeland Centre II
9150 S. Dadeland Blvd, Suite 1400
Miami, FL 33156
Facsimile: 305.373.2294
dara.jebrock@csklegal.com
scott.bassman@csklegal.com

Clinton Sawyer Payne
DeMahy Labrador Drake Payne
& Cabeza
Alhambra Center – Penthouse
150 Alhambra Circle
Coral Gables, FL 33134
Telephone: (305) 443-4850
Facsimile: (305) 443-5960

Kenneth G. Engerrand
Michael A. Varner
P. Michael Bowdoin
Brown Sims p.c.
1177 West Loop South
Tenth Floor
Houston, Texas 77027-9007
Telephone: (713) 629-1580
Facsimile: (713) 629-5027
kengerrand@brownsims.com
mvarner@brownsims.com

David P. Horan
HORAN, WALLACE &
HIGGINS, LLP
608 Whitehead Street
Key West, FL 33040
Telephone: (305) 294-4585
Facsimile: (305) 294-7822
dph@horan-wallace.com

4833-6864-2822, v. 1