IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

KEY WEST DIVISION

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

PETER HALMOS, et al.,

      Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA, et al.,

      Defendants.
_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT TO THE SETTLEMENT CONFERENCE ON MAY 6 AND 7, 2010

Plaintiffs, High Plains Capital ("HPC"), International Yachting Charters, Inc. ("IYC"), and Peter Halmos, hereby files its Motion for Permission to Bring Electronic Equipment to the Settlement Conference on May 6, and 7, 2010, and states the following:

1. The Settlement Conference in this matter is scheduled for May 6, 2010 and May 7, 2010.

2. Joseph P. Klock, Jr., will appear in person on behalf of IYC and HPC.

3. Juan Carlos Antorcha, Esq. will appear in person on behalf of IYC and HPC.

4.  Peter Halmos, *pro se*, will appear in person on behalf of Peter Halmos.

5.  Hugh Morgan, Esq. will appear in person on behalf of IYC and HPC.

6.  HPC, IYC and Peter Halmos, *pro se*, requests permission for Juan Carlos Antorcha, Joseph P. Klock, Jr., Peter Halmos, *pro se*, and Hugh Morgan to bring their laptops to this Settlement Conference.

7.  HPC and IYC conferred with counsel for the Defendants regarding their positions with respect to the instant motion. Defendants have indicated that they have no objection to the motion.

8.  The instant motion is made in good faith and not for the purposes of delay and will not prejudice any party to this action.

WHEREFORE, HPC, IYC, and Peter Halmos, *pro se*, respectfully requests that this honorable Court grant its Unopposed Motion for Permission to Bring Electronic Equipment to the Settlement Conference on May 6 and 7, 2010.

    Respectfully submitted,

    Joseph P. Klock, Jr.  FBN 156678
    Juan Carlos Antorcha FBN 0523305
    RASCO KLOCK REININGER PEREZ
    ESQUENAZI VIGIL & NIETO
    283 Catalonia Avenue
    Coral Gables, Florida  33134
    Telephone: 305.476.7105
    Facsimile: 305.476.7102

    By: /s/ Joseph P. Klock, Jr.

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

THE LAW OFFICE OF HUGH J. MORGAN
Hugh J. Morgan
P.O. Box 1117
Key West, Florida 33041
Telephone: (305) 296-5676
Facsimile: (305)296-4331
hugh@hjmorganlaw.com

SPOTTSWOOD, SPOTTSWOOD &
SPOTTSWOOD
Jack Spottswood
500 Fleming Street
Key West, Florida 33040
Telephone: (305) 294-9556
Facsimile: (305) 292-1982
jack@spottswood.com

*By Permission*
PETER HALMOS, pro se
c/o Meyers & Associates, CPA
5725 Corporate Way, #101
West Palm Beach, FL 33407
Telephone: (561) 684-6604
Facsimile: (561) 684-3381
gail@meyerscpa.com

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

## CERTIFICATE OF SERVICE

I hereby certify that on 5th day of May 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Juan Carlos Antorcha

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

## Service List

Frank J. Sioli
Zascha B. Abbott
BROWN SIMS P.C.
Datran One - Suite 908
9100 South Dadeland Boulevard
Miami, Florida 33156
Telephone: (305) 274-5507
Facsimile: (305) 274-551
fsioli@brownsims.com

Kenneth G. Engerrand
Michael A. Varner
P. Michael Bowdoin
Brown Sims p.c.
1177 West Loop South
Tenth Floor
Houston, Texas 77027-9007
Telephone: (713) 629-1580
Facsimile: (713) 629-5027
kengerrand@brownsims.com
mvarner@brownsims.com

Scott Bassman
Dara Jebrock
Counsel for Defendant,
Strickland
Cole, Scott & Kissane, P.A.
Dadeland Centre II
9150 S. Dadeland Blvd, Suite 1400
Miami, FL 33156
Facsimile: 305.373.2294
dara.jebrock@csklegal.com
scott.bassman@csklegal.com

David P. Horan
HORAN, WALLACE &
HIGGINS, LLP
608 Whitehead Street
Key West, FL 33040
Telephone: (305) 294-4585
Facsimile: (305) 294-7822
dph@horan-wallace.com

Clinton Sawyer Payne
DeMahy Labrador Drake
Payne & Cabeza
Alhambra Center – Penthouse
150 Alhambra Circle
Coral Gables, FL 33134
Telephone: (305) 443-4850
Facsimile: (305) 443-5960

4847-5715-5334, v. 1