UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED by _____ D.C.

MAY 1 9 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 12, 2010

Steven M. Larimore
United States District Court
301 N. Miami Avenue, Room 150
Miami, FL 33128-0000

Appeal Number: 10-10985-DD
Case Style: Peter Halmos v. Strickland Marine Insurance
District Court Docket No: 4:08-cv-10084-STB

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction
is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed
to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Elora Jackson
Phone #: (404) 335-6173

Enclosure(s)

                                        DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 1 2 2010

JOHN LEY
CLERK

_____

No. 10-10985-DD

_____

PETER HALMOS,
c/o Meyers & Associates, C.P.A.
5725 Corporate Way, #101
West Palm Beach, FL 33407,
Individually and on behalf of Other Insureds
Under and Pursuant to ACE-INA Insurance Contract,

Plaintiff-Counter Defendant-Appellant,

INTERNATIONAL YACHTING CHARTERS, INC.,
HIGH PLAINS CAPITAL, et al.,

Plaintiffs-Counter Defendants-Appellees,


versus


INSURANCE COMPANY OF NORTH AMERICA,

Defendant-Counter Claimant,

STRICKLAND MARINE INSURANCE, INC., f.k.a. Strickland Marine Agency, Inc.

Defendant - Appellee,

HARTFORD CAPITOL APPRECIATION FUND, et al.,

Defendants.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

Before BLACK, WILSON and PRYOR, Circuit Judges

BY THE COURT:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The district court's January 29, 2010, order, dismissing Peter Halmos's second amended complaint is neither final nor immediately appealable because it permitted him to file a third amended complaint, which is currently pending before the district court. *See* 28 U.S.C. § 1291; *CSX Transp. Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000); *Czeremcha v. Int'l Ass'n. of Machinists & Aerospace Workers*, 724 F.2d 1552, 1554-56 (11th Cir. 1984).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 27-2 and all other applicable rules.

2

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By:
Deputy Clerk
Atlanta, Georgia