08-10084.oac

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

     Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

     Defendants.

_____/

### ORDER GRANTING MOTION FOR CLARIFICATION

**This matter** is before this Court on Insurance Company of North America's Motion for

Clarification Regarding D.E. 667. (D.E. 702).  The Court having considered the motion and all

pertinent materials in the file, and being otherwise fully advised in the premises it is hereby

**ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED**.

Defendant shall have through and including May 28, 2010 in which to file a response to Plaintiff's

submission pursuant to D.E. 667.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of May, 2010.

                                    STEPHEN T. BROWN
                                      CHIEF UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of record