UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA, KEY WEST DIVISION

### CASE NO. 08-10084-CIV-MARTINEZ/BROWN

PETER HALMOS, et al.,

      Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA, et al.,

      Defendants.
_____/

### PLAINTIFFS' CORRECTED[1] UNOPPOSED MOTION TO UNSEAL THE TAPES OF THE SETTLEMENT CONFERENCE

International Yachting Charters, Inc. ("IYC") and High Plains Capital ("HPC"), (the "Plaintiffs") move for an order of this Court to unseal the Tapes: 10D-20-1 and 10-07-01; and to allow the U.S. District Court's court reporter to transcribe same.

    1.    On May 6 and 7, 2010, the parties appeared at a settlement conference before this Court.

    2.    A settlement agreement was reached between the Plaintiffs and Strickland Marine Insurance, Inc. ("Strickland").

    3.    The terms of the settlement are confidential and are contained within the sealed tapes.

    4.    Plaintiffs need to review the terms of the settlement reached between the parties in order to properly draft the settlement agreement and mutual release.

    5.    Counsel for the Plaintiffs contacted Robert Browning, counsel for INA, who

---

[1] Corrected as to the proposed order only.

stated that INA is unopposed to the relief requested.

6. A proposed Order granting Plaintiffs' motion to unseal tapes is attached hereto as exhibit "A".

WHEREFORE, in light of the foregoing, Plaintiffs respectfully request that this Court grant Plaintiffs' motion to unseal tapes so that a transcript can be prepared for Plaintiffs or any party who may want them, in order to allow the court reporter to transcribe same.

Respectfully submitted,

RASCO KLOCK REININGER PEREZ
EASQUENAZI VIGIL & NIETO
Joseph P. Klock, Jr. FBN 156678
Juan Carlos Antorcha FBN 0523305
283 Catalonia Avenue
Coral Gables, Florida 33134
Telephone: 305.476.7105
Facsimile: 305.476.7102

/s/ Joseph P. Klock, Jr.

THE LAW OFFICE OF HUGH J. MORGAN
Hugh J. Morgan
P.O. Box 1117
Key West, Florida 33041
Telephone: (305) 296-5676
Facsimile: (305)296-4331
hugh@hjmorganlaw.com

SPOTTSWOOD, SPOTTSWOOD &
SPOTTSWOOD
Jack Spottswood
500 Fleming Street
Key West, Florida 33040
Telephone: (305) 294-9556
Facsimile: (305) 292-1982
jack@spottswood.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Joseph P. Klock, Jr.

## Service List

Frank J. Sioli
Zascha B. Abbott
BROWN SIMS P.C.
Datran One - Suite 908
9100 South Dadeland Boulevard
Miami, Florida  33156
Telephone: (305) 274-5507
Facsimile: (305) 274-551
fsioli@brownsims.com


Scott Bassman
Dara Jebrock
Counsel for Defendant,
Strickland
Cole, Scott & Kissane, P.A.
Dadeland Centre II
9150 S. Dadeland Blvd, Suite 1400
Miami, FL 33156
Facsimile: 305.373.2294
dara.jebrock@csklegal.com
scott.bassman@csklegal.com

Clinton Sawyer Payne
DeMahy Labrador Drake Payne & Cabeza
Alhambra Center – Penthouse
150 Alhambra Circle
Coral Gables, FL  33134
Telephone:  (305) 443-4850
Facsimile:  (305) 443-5960

Kenneth G. Engerrand
Michael A. Varner
P. Michael Bowdoin
Brown Sims p.c.
1177 West Loop South
Tenth Floor
Houston, Texas 77027-9007
Telephone: (713) 629-1580
Facsimile:  (713) 629-5027
kengerrand@brownsims.com
mvarner@brownsims.com

David P. Horan
HORAN, WALLACE & HIGGINS, LLP
608 Whitehead Street
Key West, FL  33040
Telephone:  (305) 294-4585
Facsimile:  (305) 294-7822
dph@horan-wallace.com

4814-3521-0758, v.  1

# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA, KEY WEST DIVISION

**CASE NO. 08-10084-CIV-MARTINEZ/BROWN**

PETER HALMOS, et al.,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA, et al.,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFFS' MOTION TO UNSEAL THE TAPES OF THE SETTLEMENT CONFERENCE**

This Court, having reviewed Plaintiffs' Motion to Unseal the Tapes of the Settlement Conference, having reviewed the file and being otherwise duly advised on the premises, it is:

ORDERED AND ADJUDGED, as follows:

1. Plaintiffs' Motion to Unseal the Tapes 10D-20-1 and 10-07-01 is hereby GRANTED for the sole purpose that the parties can obtain a transcript of the proceeding.

2. The transcript and the tape are to remain confidential and shall not be disseminated to any third party. The tape is to remain sealed after it is transcribed.

3. The Court Reporter is directed to transcribe Tapes 10D-20-1 and 10-07-01

for the parties in this action only.

Signed this ___ day of May, 2010 at Miami, Florida.

_____
THE HONORABLE STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of Record

4823-9177-4214, v. 1

2