UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 08-10084-CIV-BROWN

PETER HALMOS, et al.,

                      *Plaintiffs,*

vs.

INSURANCE COMPANY OF NORTH
AMERICA, et al.

                      *Defendants.*
                                            /

## ORDER

This matter came before the Court on Defendant Insurance Company of America's ("INA's") Unopposed Motion for Permission to Bring Electronic Equipment to the Mediation Conference on June 10, 2010. (DE 712) The Court having considered the Motion, and being fully advised in the premises, hereby ORDERS that the Motion is hereby GRANTED.

It is further ORDERED that:

Kenneth G. Engerrand, Esq. and John Roth, Esq. are permitted to bring laptops to the Mediation Conference to take place at 301 N. Miami Avenue, 10th Floor, Miami, Florida on June 10, 2010.

Signed this 2nd day of JUNE, 2010.

STEPHEN T. BROWN
CHIEF U.S. MAGISTRATE JUDGE

6