UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CIVIL MINUTES/CALENDAR**

Judge: **Stephen T. Brown**         Courtroom: 10th Floor

Case No: 08-10084-CIV-STB          Date: June 2, 2010

Time: 3:00   ☐ a.m. ☑ p.m.   End: 3:30   ☐ a.m. ☑ p.m.

Clerk: Stephanie A. Lee            Tape: 10D-27-44

Court Reporter: N/A                DAR 14:59:28

Case Title: Peter Halmos, et al v. Insurance Co. of North America

P. Attorney(s): Peter Halmos, pro se
JC Antorcha (Hugh Morgan - by phone)

D. Attorney(s): Pete Demahy, John Roth
(Robert Browning + Ken Engerrand - by phone)

Reason for Hearing: Emergency motion for compliance

Result of Hearing: The motion to quash was granted. Order to follow

Case continued to: _____   Time: _____

For: _____

Misc.: _____