Case Number: 08-10084-CIV-BROWN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case No. 08-10084-CIV-BROWN

PETER HALMOS, ETAL.,

*Plaintiffs*,

v.

INSURANCE COMPANY OF NORTH AMERICA,
ET AL.,

*Defendants*.

_____/

## ORDER

This Court having reviewed Defendant Insurance Company of North America's Unopposed Motion and Notice of Filing Under Seal INA's Response to Plaintiffs' Submission [D.E. 718] Pursuant to D.E. 667, and being fully advised on the premises hereby states:

Defendant Insurance Company of North America's Unopposed Motion and Notice of Filing Under Seal INA's Response to Plaintiffs' Submission Pursuant to D.E. 667 is hereby GRANTED.

Signed this 2d day of June, 2010 at Miami-Dade County, Miami, Florida.

_____
HONORABLE STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

6