UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
Case Number:  08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC. and
HIGH PLAINS CAPITAL,

*Plaintiffs,*

vs.

INSURANCE COMPANY OF NORTH AMERICA
and STRICKLAND MARINE INSURANCE, INC.
(f/k/a STRICKLAND MARINE AGENCY, INC.),

*Defendants.*

_____/

## JOINT MOTION FOR RECONSIDERATION OF THE ORDER CANCELLING "MEDIATION" AND VACATING ABATEMENT [D.E. 740]

Plaintiffs and Defendant file this their Joint Motion for Reconsideration of the Order Cancelling "Mediation" and Vacating Abatement [D.E. 740].  In support of this Motion, INA states as follows:

The Parties have been working diligently to resolve the disputes involved in the approximately $14,000,000.00 in charges that are the subject of the mediation.  The Parties spent two days (each in excess of 10 hours) meeting and resolving issues on June 3, 2010 and June 4, 2010.[1]  This series of meetings resolved significant issues and most items at issue[2] involving the approximately $14,000,000.00 in vendor charges.  The Parties are prepared for mediation, believe that it would be beneficial, and want to proceed.

_____

[1] This meeting was after the initial meeting on May 17, 2010 where the parties met to review the applicable spreadsheets.
[2] This is quantified by the numbers of reimbursement requests, not the dollar value of those requests.

1

To the extent that the Parties did not provide the detail needed by the Court in their mediation statements, that was unintentional.  Both Parties believed that they were providing the requested information.

As to a more detailed analysis, the Parties prepared a lengthy spreadsheet with the items that remained to be resolved at mediation.  Since the Parties' meeting concluded late on Friday, June 4, 2010, it was not yet ready to be presented to the Court by Monday, June 7, 2010 (the resolved items needed to be recategorized on the spreadsheet).  Despite that, copies were being brought to the mediation.  (A copy could be messengered to the Court in advance of mediation if it prefers).  Perhaps this would be the additional information which the Court referenced and would satisfy the Court that the Parties need this mediation to occur.

Both Parties believe that the abatement which the Court originally ordered is the best mechanism by which to resolve the approximately $14,000,000.00 vendor charges -- a critical issue in the case.  If this does not occur, the Parties fear that it will merely multiply the issues which must be resolved at trial.  Therefore, the Parties request that the Court reconsider D.E. 740, hold the mediation on June 10, 2010 and June 11, 2010 as previously ordered, and proceed with the evidentiary hearing (if required).

## CONCLUSION

WHEREFORE, the Parties request that this Court vacate D.E. 740 and proceed with the previously contemplated mediation and evidentiary hearing.

## CERTIFICATE OF SERVICE

I hereby certify that on June 8 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

**BROWN SIMS, P.C.**

By:  /s/ Frank J. Sioli
Frank J. Sioli
Florida Bar No. 009652
Datran Two – Suite 1609
9130 South Dadeland Boulevard
Miami, Florida 33156-7851
Telephone: 305.274-5507
Facsimile:  305.274-5517

*Attorneys for Defendant*
*Insurance Company of North America*

OF COUNSEL:

Kenneth G. Engerrand
P. Michael Bowdoin
Robert M. Browning
Michael A. Varner
BROWN SIMS, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027
Telephone: 713.629-1580
Facsimile:  713.629-5027

3

**THE LAW OFFICE OF HUGH J. MORGAN**

By: ___/s/ Hugh Morgan_____
        Hugh Morgan
        P.O. Box 1117
        Key West, Florida 33041
        Telephone: (305) 296-5676
        Facsimile: (305) 296-4331
        hugh@hjmorganlaw.com

        Joseph P. Klock, Jr.
        Juan Carlos Antorcha
        Rasco   Klock   Reininger   Perez
        Esquenazi Vigil & Nieto
        283 Catalonia Avenue
        Coral Gables, FL 33134
        Telephone: (305) 476-7105
        Facsimile: (305) 476-7102

        Mr. Jack Spottswood
        Spottswood, Spottswood &
        Spottswood
        500 Fleming Street
        Key West, Florida 33040
        Telephone: 305.294-9556
        Facsimile: 305.292-1982

By: ___/s/ Peter Halmos_____
        Mr. Peter Halmos, *pro se*
        c/o Meyers & Associates, C.P.A.
        5725 Corporate Way, #101
        West Palm Beach, FL 33407
        Telephone: 561.827-3662

## SERVICE LIST

Mr. Hugh J. Morgan
Law Office of Hugh J. Morgan
Post Office Box 1117
Key West, Florida 33041
Telephone: 305.296-5676
Facsimile: 305.296-4331
hugh@hjmorganlaw.com
(via CM/ECF)

Mr. Jack Spottswood
Spottswood, Spottswood & Spottswood
500 Fleming Street
Key West, Florida 33040
Telephone: 305.294-9556
Facsimile: 305.292-1982
jack@spottswood.com
(via CM/ECF)

Mr. Peter Halmos, *pro se*
c/o Meyers & Associates, C.P.A.
5725 Corporate Way, #101
West Palm Beach, FL 33407
Telephone:  561.827-3662
(via Certified Mail, return receipt requested & via U.S. Mail, postage pre-paid)

Mr. Scott A. Bassman
Ms. Valerie M. Jackson
Cole, Scott & Kissane, P.A.
Dadeland Centre II, Ste 1400
9150 South Dadeland Blvd
Miami, Florida 33156
Telephone: 305.350-5303
Facsimile: 305.373-2294
scott.bassman@csklegal.com
valerie.jackson@csklegal.com
(via CM/ECF)

Mr. Clinton S. Payne
Mr. Pete L. DeMahy
DeMahy Labrador Drake Payne & Cabeza
Alhambra Center – Penthouse
150 Alhambra Circle
Coral Gables, Florida 33134
Telephone: 305.443-4850
Facsimile: 305.443-5960
cpayne@dldlawyers.com
pdemahy@dldlawyers.com
(via CM/ECF)

Mr. David Paul Horan
Horan, Wallace & Higgins, LLP
608 Whitehead Street
Key West, Florida 33040
Telephone: 305.294-4585
Facsimile: 305.294-7822
dph@horan-wallace.com
(via CM/ECF)

Mr. Joseph P. Klock, Esq.
Mr. Juan Carlos Antorcha, Esq.
Rasco Klock Reininger Perez Esquenazi Vigil & Nieto
283 Catalonia Avenue, Second Floor
Coral Gables, FL 33134
(305) 476-7100
(305) 476-7102
jklock@rascoklock.com
jantorcha@rascoklock.com
(via CM/ECF)

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

**Case No. 08-10084-CIV-BROWN**

PETER HALMOS, ETAL.,

                        *Plaintiffs*,

v.

INSURANCE COMPANY OF NORTH AMERICA,
ET AL.,

                        *Defendants*.

_____/

## ORDER VACATING THE ORDER
## CANCELLING "MEDIATION" AND VACATING ABATEMENT [D.E. 740]

This Court having reviewed the Parties Joint Motion for Reconsideration of the Order Cancelling "Mediation" and Vacating Abatement [D.E. 740], and being fully advised of the premises hereby states:

D.E. 740 is vacated in its entirety. Mediation will begin promptly at 9:00 a.m. on June 10, 2010.

Signed this _____ day of , 2010 at Miami-Dade County, Miami, Florida.

 

_____
HONORABLE STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

7

## SERVICE LIST

Mr. Hugh J. Morgan
Law Office of Hugh J. Morgan
Post Office Box 1117
Key West, Florida 33041
Telephone: 305.296-5676
Facsimile: 305.296-4331
hugh@hjmorganlaw.com


Mr. Jack Spottswood
Spottswood, Spottswood & Spottswood
500 Fleming Street
Key West, Florida 33040
Telephone: 305.294-9556
Facsimile: 305.292-1982
jack@spottswood.com


Mr. Peter Halmos, *pro se*
c/o Meyers & Associates, C.P.A.
5725 Corporate Way, #101
West Palm Beach, FL 33407
Telephone:  561.827-3662

Mr. Scott A. Bassman
Ms. Valerie M. Jackson
Cole, Scott & Kissane, P.A.
Dadeland Centre II, Ste 1400
9150 South Dadeland Blvd
Miami, Florida 33156
Telephone: 305.350-5303
Facsimile: 305.373-2294
scott.bassman@csklegal.com
valerie.jackson@csklegal.com


Mr. Clinton S. Payne
Mr. Pete L. DeMahy
DeMahy Labrador Drake Payne & Cabeza
Alhambra Center – Penthouse
150 Alhambra Circle
Coral Gables, Florida 33134
Telephone: 305.443-4850
Facsimile: 305.443-5960
cpayne@dldlawyers.com
pdemahy@dldlawyers.com


Mr. David Paul Horan
Horan, Wallace & Higgins, LLP
608 Whitehead Street
Key West, Florida 33040
Telephone: 305.294-4585
Facsimile: 305.294-7822
dph@horan-wallace.com


Mr. Joseph P. Klock, Esq.
Mr. Juan Carlos Antorcha, Esq.
Rasco Klock Reininger Perez Esquenazi Vigil & Nieto
283 Catalonia Avenue, Second Floor
Coral Gables, FL 33134
(305) 476-7100
(305) 476-7102
jklock@rascoklock.com
jantorcha@rascoklock.com

Kenneth G. Engerrand
P. Michael Bowdoin
Robert M. Browning
Michael A. Varner
BROWN SIMS, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027
Telephone: 713.629-1580
Facsimile:  713.629-5027
kengerrand@brownsims.com

Frank J. Sioli
Florida Bar No. 009652
Datran Two– Suite 1609
9130 South Dadeland Boulevard
Miami, Florida 33156-7851
Telephone: 305.274-5507
Facsimile:  305.274-5517
fsioli@brownsims.com