08-10084.or18

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-10084-CIV-MARTINEZ-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

## ORDER RE: JOINT MOTION FOR RECONSIDERATION

**This matter** is before this Court on Joint Motion for Reconsideration...(D.E. 741). The Court has considered the motion and all pertinent materials in the file. On June 9, 2010, a hearing was held. As a result of those proceedings, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

    1. The motion is **DENIED** to the extent that the Settlement Conference scheduled for June 10, 2010, remains canceled.

    2. It is **GRANTED** to the extent that the Order of Abatement will remain in full force and effect.

    3. The parties will file a Joint Status Report on or before Wednesday, June 16, 2010,

1

advising the Court as to what remains to be resolved regarding the issues which were to be the subject of the June 10th Settlement Conference. The parties shall also, jointly or severally, state their respective positions on whether the Court should conduct another Settlement Conference, or proceed directly to an evidentiary hearing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of June, 2010.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of record