08-10084.o25

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

## ORDER RE: MOTION FOR EXTENSION OF TIME

**This matter** is before this Court on plaintiffs' Motion for Extension of Time to Comply With Order...(D.E. 697). The Court has considered the motion, the response, the reply and all pertinent materials in the file.

The audacity of plaintiffs continues to amaze. Plaintiffs need more time to do that which should have been done ages ago, and blame defendants for their inability to provide information on their damages!

Plaintiffs are, when all is said and done, seeking more time to respond to a discovery request made in July of 2009! This lawsuit was filed in October of 2008 - by plaintiffs, of course. The matter at issue involves their claim for their damages...yet they keep harping on materials needed from the insurance company as a prerequisite to answering same.

This Court's Order (D.E. 685) was quite clear. It required compliance by May 14, 2010. Although plaintiffs aver that this motion was filed on that date (though the docket reflects this is not

true and that it was filed, as indicated in CM/ECF on May 16, 2010), the fact is that excuses are long out the door.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**. The reply reflects that there has been compliance as of June 7, 2010. Therefore, pursuant to D.E. 685, sanctions are hereby imposed against the plaintiffs in the sum of $23,000.00[1], to be paid to the Clerk of the Court on or before Friday, June 18, 2010.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of June, 2010.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of record

---

[1] $1,000.00 per day from May 14, 2010 - June 6, 2010.

2