08-10084.oae

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.

_____/

### AMENDED ORDER ON EMERGENCY UNOPPOSED MOTION FOR EXPEDITED BRIEFING SCHEDULE AND CONSIDERATION ON NON-PARTIES' MOTION TO QUASH PLAINTIFF'S 16 SUBPOENAS DUCES TECUM AND MOTION FOR PROTECTIVE ORDER

**This matter** is before this Court on the Emergency Motion for Expedited Briefing Schedule ... (D.E. 835). The Court having considered the motion and Plaintiff IYC's Response thereto (D.E. 840), and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

Because Plaintiff does not want the depositions stayed, but as a practical matter, (a) some of the depositions are stayed as a matter of law pursuant to Local Rule 26.1(j) and, (b) it would serve no purpose not to stay the depositions if further briefing of the motion is allowed, in order to accommodate Plaintiff it is hereby **ORDERED AND ADJUDGED** that the Motion is hereby

**GRANTED**, in part, as follows:

1. Any obligation on behalf of the Non-Parties to comply with the Subpoenas at issue in the Non-Parties' Motion to Quash Plaintiff's 16 Subpoenas Duces Tecum and Motion for Protective Order (D.E. 817) is hereby **STAYED** until the Court has the opportunity to rule on that Motion.

2. The response to that Motion shall be filed no later than July 11, 2010. The reply, if any, shall be filed no later than July 13, 2010.

3. The Court's prior Order dated July 8, 2010 (D.E. 837) is hereby **VACATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of July, 2010.

/s Stephen T. Brown
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record