## Juan Carlos Antorcha

**From:** Kenneth G. Engerrand [kengerrand@brownsims.com]
**Sent:** Wednesday, July 21, 2010 7:46 AM
**To:** Joseph Klock; Roth, John F
**Cc:** Hugh; Juan Carlos Antorcha; peter halmos et al.
**Subject:** RE: Language for document release

Dear Mr. Klock:

INA thanks Plaintiffs for their response. The language currently proposed by Plaintiffs casts doubt on the scope of Plaintiffs' waiver of the attorney-client privilege and whether the materials produced may be used in the settlement context and as evidence in this proceeding. INA considers these exceptions to be unacceptable. Furthermore, these new exceptions are: (1) contrary to the promises made to INA by Mr. Halmos and Mr. Morgan during our settlement discussions in June, (2) contrary to the rulings and ORDERS of both Judge Brown and Judge Johnson, (3) inconsistent with INA's rights under the law, (4) inconsistent with Plaintiffs' discovery obligations in this case and (5) inconsistent with the rights afforded INA under the terms of the INA policy. The inclusion of these conditions evinces Plaintiffs' continued disregard for their discovery obligations and Court Orders. In light of the Court's recent ruling (DE 877), INA renews its request that Plaintiffs agree to the language previously proposed and accepted by INA. Otherwise INA will file appropriate motions to compel Plaintiffs' compliance. Please consider this communication as satisfaction of INA's obligations to meet and confer prior to the institution of motion practice. As this information is needed to continue settlement discussions and INA has been attempting to secure this information (in the present context) for more 45 days, INA requests Plaintiffs' response by the end of business (5:00 PM EDT) today, July 21, 2010.

### Kenneth G. Engerrand
**SHAREHOLDER**



Email:kengerrand@brownsims.com

## BROWNSIMS
ATTORNEYS AT LAW

| **Louisiana** | **Texas** | **Florida** |
|---|---|---|
| Poydras Center, Suite 2200 | 1177 West Loop South | 9130 S. Dadeland Blvd. |
| 650 Poydras Street | Tenth Floor | Suite 1609 |
| New Orleans, LA 70130 | Houston, TX 77027 | Miami, FL 33156 |
| (504) 638-8472 | (713) 629-1580 | (305) 274-5507 |

ATTORNEY-CLIENT OR OTHER PRIVILEGED/CONFIDENTIAL INFORMATION MAY BE CONTAINED IN THIS MESSAGE.

If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions, and other information in this message that do not relate to the official business of my firm is understood as neither given nor endorsed by it.
**visit us at:** http://www.brownsims.com

**From:** Joseph Klock [mailto:jklock@rascoklock.com]
**Sent:** Tuesday, July 20, 2010 6:59 PM
**To:** Kenneth G. Engerrand; Roth, John F
**Cc:** Hugh; Juan Carlos Antorcha; peter halmos et al.
**Subject:** Language for document release

Ken and John: I apologize for the fact that I did not get a full review of the language before I sent it to you. If this language is acceptable, it will be dispatched tomorrow. I will be on a plane shortly for Philadelphia but will answer e-mails when I land. Joe


Pursuant to ongoing settlement discussions, Peter Halmos, individually, and on behalf of International Yachting Charters, Inc. (IYC) and High Plains Capital (HPC) as president of those companies, authorizes you as our counsel to provide to Brown Sims, P.C., counsel for Insurance Company of North America (INA), access to make, at its expense, copies of all legal invoices and all file or other supporting documentation fully waiving work product privilege with respect to work performed for IYC, HPC, and Halmos related to the Legacy for which reimbursement is being sought from INA at this time, except to the extent that those communications relate to claims or actions against INA that remain pending and unresolved, which includes claims relating to the Sol collision. None of these three is seeking reimbursement for confidential lawyer client communications between counsel and any of them, and therefore no such documents are to be produced

**Joseph P. Klock, Jr.**



RASCO KLOCK

283 Catalonia Avenue Suite 200, Coral Gables, FL 33134
Office: 305.476.7100   Direct: 305.476.7111   Facsimile: 305.476.7102
jklock@rascoklock.com | www.rascoklock.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named and intended addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.