# EXHIBIT "D"

been tapping her foot? I assumed there was

DENNIS CONNIE

DENNIS CONNIE: It was tapped a couple times, and

DENNIS CONNIE

9  A.  I don't know.
10 Q.  Was it five?

t your foot tapping here, would