08-10084.or22

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

## ORDER RE: STATUS CONFERENCE FOR EVIDENTIARY HEARING

**This matter** is before this Court to set a Status conference to set the guidelines for an evidentiary hearing pursuant to D.E. 706.

The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. A Status Conference is scheduled for **Thursday, August 12, 2010 at 3:00 P.M.**

2. The parties shall be prepared to give the Court their best estimates of the length of time needed for the evidentiary hearing. The hearing will be set in September, 2010.

3. The parties shall be prepared to advise the Court of any proposals that will streamline said hearing.

4. All efforts shall be made to minimize live testimony. Deposition transcripts will be

permitted in lieu of live testimony. Portions, if applicable, will be cited by pages and lines, but not read verbatim into the record.

    5. The parties shall submit to the Court in writing the provisions/coverages/language in the policy that they claim provides coverage for these items at issue, or limits said claims ...WITHOUT ARGUMENT, by the close of business on Tuesday, August 10, 2010.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of August, 2010.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of record