**08-10084.or23**

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

      Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

      Defendants.

_____/

### ORDER STRIKING NOTICE OF SERVICE OF EXHIBIT TO CHAMBERS

**This matter** is before this Court on the Notice of Service of Exhibit to Chambers in Support

of Insurance Company of North America's Response to High Plains Capital's Amended Motion to

Compel, Motion for Sanctions, and Memorandum of Law [D.E. 826], filed August 6, 2010 (D.E.

947). The Court having reviewed the Notice finds that it is not in compliance with Local Rule 5.1

and §3A. and 3G.(3) of the CM/ECF Administrative Procedures (rev. 11/13/09).

Accordingly, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that D.E. 947 and Attachment A to Exhibit A, referred to in D.E.

939, are hereby **STRICKEN**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of August, 2010.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of record