UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 08-10084-CIV -BROWN

PETER HALMOS, et al.

vs.

INSURANCE COMPANY OF NORTH AMERICA, et al.
_____/

**INSURANCE COMPANY OF NORTH AMERICA'S
UNOPPOSED MOTION FOR RECONSIDERATION OF D.E. 971**

Defendant, Insurance Company of North America ("INA" or "Defendant"), by and through the undersigned counsel, hereby files its Unopposed Motion for Reconsideration of D.E. 971. In support hereof, INA shows the Court as follows:

INA has reviewed the Local Rules as well as the CM/ECF Administrative Procedures referenced within D.E. 971. INA believes it fully complied with all requirements. For example, Local Rule 5.1(a) requires that all civil and criminal pleadings, motions, and other papers tendered for conventional (non-CM/ECF) filing shall:

> (1). Be bound only by easily-removable paper or spring-type binder clips, and not stapled or mechanically bound or fastened in any way. Voluminous pleadings, motions, or documents may be bound with a rubber band. Attachments may not be tabbed; reference characters should be printed or typed on a blank sheet of paper separating each attached document.

INA complied with this section of the Local Rules. The exhibit was rubber banded. Therefore, this section could not serve as the basis for D.E. 971.

Local Rule 5.1(a)(2) does not apply since it involves only the filing of a civil complaint. Further, Local Rule 5.1(a)(3), (4), and (5) do not apply since the filing of exhibits is excepted

from those sections. *See* Local Rule 5.1(a) ("Exception: The requirements of (a)(3)-(a)(5) do not apply to: (i) exhibits submitted for filing; ..."). Therefore, this section could not serve as the basis of D.E. 971.

Local Rule 5.1(a)(6) applies, however, it was satisfied since INA included a copy of the Notice of Filing with the exhibits. This document contained all of the information listed in Local Rule 5.1(a)(6). Further, it demonstrated that the document was served electronically on all counsel. Therefore, this section could not serve as the basis for D.E. 971.

Also, neither Local Rule 5.1(a)(7) or (8) apply. Therefore, they could not serve as the basis for D.E. 971.

Finally, the Court raises Sections 3A and 3G(3) of the CM/ECF Administrative Procedures. Regarding Section 3A, INA informed the Court that, due to the size and length of Attachment "A" to Exhibit "A," it was impossible to file that document electronically. (*See* D.E. 939, p. 5 fn. 4 and D.E. 939-2). Further, any attempt to do so would render the document illegible. Regarding Section 3G(3), assuming that the document was reduced to an illegible size, any attempt to electronically file the document would take an estimated thirty Notices of Filing. Taking this action would render the document illegible and incapable of being used or referenced by the Court.

For these reasons, INA requests reconsideration of D.E. 971. In the alternative, INA asks for clarification regarding what specific rule the Court believes was violated. By doing so, INA can fix the problem expeditiously.

### **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant Insurance Company of North America respectfully requests that the Court Grant INA's Unopposed Motion for

Reconsideration of D.E. 971, and grant Defendant any other relief to which it may show itself justly entitled, whether at law, in equity, or in admiralty.

### CERTIFICATE OF CONFERENCE

Robert M. Browning conferred with JC Antorcha regarding the filing of this motion and he is unopposed to it

### CERTIFICATE OF SERVICE

I hereby certify that on **August 11, 2010**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

- 4 -

          Respectfully submitted,

          **BROWN SIMS, P.C.**

          By: /s/ Frank J. Sioli
              Frank J. Sioli
              Florida Bar No. 009652
              Datran Two – Suite 1609
              9130 South Dadeland Boulevard
              Miami, Florida 33156
              Telephone: 305.274-5507
              Facsimile 305.274-5517

          *Attorneys for Defendant, Insurance Company of North America*

OF COUNSEL:

Kenneth G. Engerrand
P. Michael Bowdoin
Robert M. Browning
Michael A. Varner
BROWN SIMS, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027
Telephone: 713.629-1580
Facsimile: 713-629-5027

## SERVICE LIST

Mr. Hugh J. Morgan
Law Office of Hugh J. Morgan
317 Whitehead Street
Key West, Florida 33040
Telephone: 305.296-5676
Facsimile: 305.296-4331
hugh@hjmorganlaw.com
(via CM/ECF)

Mr. Jack Spottswood
Spottswood, Spottswood & Spottswood
500 Fleming Street
Key West, Florida 33040
Telephone: 305.294-9556
Facsimile: 305.292-1982
jack@spottswood.com
(via CM/ECF)

Peter Halmos, *Pro Se*
c/o Meyers & Associates, C.P.A.
5725 Corporate Way, #101
West Palm Beach, FL 33407
(via Certified Mail, return receipt requested
& via U.S. Mail, postage pre-paid)

Brenton N. Ver Ploeg, Esq.
Stephen A. Marino, Jr., Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. 2nd Street
30th Floor
Miami, FL 33131
Telephone: 305-577-3996
Facsimile: 305-577-3558
bverploeg@vpl-law.com
smarino@vpl-law.com
(via CM/ECF)

Mr. Clinton S. Payne
Mr. Pete L. DeMahy
DeMahy Labrador Drake Payne & Cabeza
150 Alhambra Circle - Penthouse

Coral Gables, Florida 33134
Telephone: 305.443-4850
Facsimile: 305.443-5960
cpayne@dldlawyers.com
pdemahy@dldlawyers.com
(via CM/ECF)

Mr. David Paul Horan
Horan, Wallace & Higgins, LLP
608 Whitehead Street
Key West, Florida 33040
Telephone: 305.294-4585
Facsimile: 305.294-7822
dph@horan-wallace.com
(via CM/ECF)

Mr. Joseph P. Klock, Esq.
Mr. Juan Carlos Antorcha, Esq.
Rasco Klock Reininger Perez Esquenazi
Vigil & Nieto
283 Catalonia Avenue
Second Floor
Coral Gables, FL 33134
(305) 476-7100
(305) 476-7102
jklock@rascoklock.com
jantorcha@rascoklock.com
(via CM/ECF)

Roberto M. Vargas
C. Wade Bowden
Jones Foster Johnston & Stubbs, P.A.
505 S. Flagler Dr., Suite 1100
P.O. Box 3475
W. Palm Beach, FL 33402-3475
Telephone: 561-650-0406
Facsimile: 561-650-0430
rvargas@jones-foster.com
wbowden@jones-foster.com
(via CM/ECF)

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 08-10084-CIV- BROWN

PETER HALMOS, et al.,

*Plaintiffs,*

vs.

INSURANCE COMPANY OF NORTHAMERICA

*Defendant.*
_____/

**ORDER GRANTING
INSURANCE COMPANY OF NORTH AMERICA'S
UNOPPOSED MOTION FOR RECONSIDERATION OF D.E. 971**

On this day came on to be heard Insurance Company of North America's ("INA") Unopposed Motion for Reconsideration of D.E 971. The Court, after considering the Motion is of the opinion that the Motion is well-taken and should in all things be GRANTED. It is therefore:

ORDERED, ADJUDGED, and DECREED that D.E. 971 is withdrawn.

Signed this _____ day of _____, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

Peter Halmos, Int'l Yachting Charters, Inc. &
High Plains Capital v. Insurance Co. of North America
Case Number: 08-10084-CIV-BROWN

**SERVICE LIST**

Mr. Hugh J. Morgan
Law Office of Hugh J. Morgan
Post Office Box 1117
Key West, Florida 33041
Telephone: 305.296-5676
Facsimile: 305.296-4331
hugh@hjmorganlaw.com

Mr. Clinton S. Payne
Mr. Pete L. DeMahy
DeMahy Labrador Drake Payne & Cabeza
150 Alhambra Circle - Penthouse
Coral Gables, FL 33134
Telephone: 305.443-4850
Facsimile: 305.443-5960
cpayne@dldlawyers.com
pdemahy@dldlawyers.com

Mr. Jack Spottswood
Spottswood, Spottswood & Spottswood
500 Fleming Street
Key West, Florida 33040
Telephone: 305.294-9556
Facsimile: 305.292-1982
jack@spottswood.com

Mr. David Paul Horan
Horan, Wallace & Higgins, LLP
608 Whitehead Street
Key West, Florida 33040
Telephone: 305.294-4585
Facsimile: 305.294-7822
dph@horan-wallace.com

Brenton N. Ver Ploeg, Esq.
Stephen A. Marino, Jr., Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. 2nd Street
30th Floor
Miami, FL 33131
Telephone: 305-577-3996
Facsimile: 305-577-3558
bverploeg@vpl-law.com
smarino@vpl-law.com

Mr. Joseph P. Klock, Esq.
Juan Carlos Antorcha, Esq.
Rasco Klock Reininger Perez Esquenazi
Vigil & Nieto
283 Catalonia Avenue
Second Floor
Coral Gables, FL 33134
(305) 476-7100
(305) 476-7102
jklock@rascoklock.com
jantorcha@rascoklock.com

Peter Halmos, *Pro Se*
c/o Meyers & Associates, C.P.A.
5725 Corporate Way, #101
West Palm Beach, FL 33407

Mr. Frank J. Sioli
Ms. Zascha Abbott
Datran Two – Suite 1609
9130 South Dadeland Blvd.
Miami, FL 33156-7851

<div style="display:flex">

Kenneth G. Engerrand
P. Michael Bowdoin
Michael A. Varner
Robert M. Browning
Brown Sims, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027
Telephone: 713-629-1580
Facsimile: 713-629-5027
kengerrand@brownsims.com
mbowdoin@brownsims.com
mvarner@brownsims.com
rbrowning@brownsims.com

Telephone: 305-274-5507
Facsimile: 305-274-5517
fsioli@brownsims.com
zabbott@brownsims.com

Roberto M. Vargas
C. Wade Bowden
Jones Foster Johnston & Stubbs, P.A.
505 S. Flagler Dr., Suite 1100
P.O. Box 3475
W. Palm Beach, FL 33402-3475
Telephone:  561-650-0406
Facsimile:  561-650-0430
rvargas@jones-foster.com
wbowden@jones-foster.com

</div>

3