08-10084.or26

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

### ORDER RE: STATUS CONFERENCE RE: D.E. 834

**This matter** came before this Court on a Status Conference re: D.E. 834. The Court held said conference on August 12, 2010.

The Court announced at said conference that it would enforce the settlement agreement in accordance with the transcript regarding same, if it had the authority to do so. As a result of that proceeding and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

    1. The parties shall have through and including Friday, August 27, 2010 to file a brief on the authority of the Court to enforce the settlement.

    2. The brief is limited to five (5) pages in length.

3. In the event the parties are able to resolve their differences, they shall file a one line stipulation with the Court and the briefs need not be filed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of August, 2010.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record