08-10084.or27

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

### ORDER SETTING EVIDENTIARY HEARING

**This matter** came before this Court on a Status Conference preliminary to the scheduling of an evidentiary hearing per D.E. 706.

The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

    1. The evidentiary hearing will commence on Monday, October 4, 2010. Three (3) days are allocated for same.

    2. The parties shall exchange "pre-hearing lists" on or before September 3, 2010.

    3. The "lists" shall contain: (1) names and brief descriptions of the testimony of anticipated witnesses; (2) lists of documents to be offered, by specific category as discussed at the status conference.

    4. The parties shall submit written direct examinations of all witnesses to be called on or before September 15, 2010.

5. Any failure to comply with this order shall result in adverse consequences to the at fault party.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of August, 2010.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of record