UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
Case Number: 08-10084-CIV -BROWN

PETER HALMOS; INTERNATIONAL
YACHTING CHARTERS, INC.; and
HIGH PLAINS CAPITAL,

                    *Plaintiffs,*

vs.

INSURANCE COMPANY OF NORTH AMERICA
and STRICKLAND MARINE INSURANCE, INC.
(f/k/a STRICKLAND MARINE AGENCY, INC.),

                    *Defendants.*

_____

## JOINT STATUS REPORT RELATED TO D.E. 970

Plaintiffs International Yachting Charters, Inc., High Plains Capital, and Peter Halmos and Defendant Insurance Company of North America file this their Joint Status Report Related to D.E. 970. In support of this statement, the parties state as follows:

Regarding D.E. 443, the Motion to Compel Responses to the Request for Production has been addressed by Judge Klein and no further action is required. The Motion to Compel Based on the Insufficiency of Plaintiffs' Privilege Logs remains outstanding.

Regarding D.E. 724, that motion has already been addressed by Judge Klein and no further action is required.

## CERTIFICATE OF SERVICE

I hereby certify that on **August 18, 2010**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

**BROWN SIMS, P.C.**

By: /s/ Frank J. Sioli
Frank J. Sioli
Florida Bar No. 009652
Datran Two – Suite 1609
9130 South Dadeland Boulevard
Miami, Florida 33156-7851
Telephone: 305.274-5507
Facsimile: 305.274-5517

*Attorneys for Defendant*
*Insurance Company of North America*

OF COUNSEL:

Kenneth G. Engerrand
P. Michael Bowdoin
Robert M. Browning
Michael A. Varner
BROWN SIMS, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027
Telephone: 713.629-1580
Facsimile: 713.629-5027

THE LAW OFFICE OF HUGH J. MORGAN

By: /s/ Hugh Morgan
   Hugh Morgan
   P.O. Box 1117
   Key West, Florida 33041
   Telephone: (305) 296-5676
   Facsimile: (305) 296-4331
   hugh@hjmorganlaw.com

   Joseph P. Klock, Jr.
   Juan Carlos Antorcha
   Rasco Klock Reininger Perez Esquenazi Vigil & Nieto
   283 Catalonia Avenue
   Coral Gables, FL 33134
   Telephone: (305) 476-7105
   Facsimile: (305) 476-7102

   Mr. Jack Spottswood
   Spottswood, Spottswood & Spottswood
   500 Fleming Street
   Key West, Florida 33040
   Telephone: 305.294-9556
   Facsimile: 305.292-1982

By: /s/ Peter Halmos
   Mr. Peter Halmos, *pro se*
   c/o Meyers & Associates, C.P.A.
   5725 Corporate Way, #101
   West Palm Beach, FL 33407
   Telephone: 561.827-3662

## SERVICE LIST

Mr. Hugh J. Morgan
Law Office of Hugh J. Morgan
317 Whitehead Street
Key West, Florida 33040
Telephone: 305.296-5676
Facsimile: 305.296-4331
hugh@hjmorganlaw.com
(via CM/ECF)

Mr. Jack Spottswood
Spottswood, Spottswood & Spottswood
500 Fleming Street
Key West, Florida 33040
Telephone: 305.294-9556
Facsimile: 305.292-1982
jack@spottswood.com
(via CM/ECF)

Peter Halmos, *Pro Se*
c/o Meyers & Associates, C.P.A.
5725 Corporate Way, #101
West Palm Beach, FL 33407
(via Certified Mail, return receipt requested
& via U.S. Mail, postage pre-paid)

Brenton N. Ver Ploeg, Esq.
Stephen A. Marino, Jr., Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. 2nd Street
30th Floor
Miami, FL 33131
Telephone: 305-577-3996
Facsimile: 305-577-3558
bverploeg@vpl-law.com
smarino@vpl-law.com
(via CM/ECF)

Mr. Clinton S. Payne
Mr. Pete L. DeMahy
DeMahy Labrador Drake Payne & Cabeza
150 Alhambra Circle - Penthouse
Coral Gables, Florida 33134
Telephone: 305.443-4850
Facsimile: 305.443-5960
cpayne@dldlawyers.com
pdemahy@dldlawyers.com
(via CM/ECF)

Mr. David Paul Horan
Horan, Wallace & Higgins, LLP
608 Whitehead Street
Key West, Florida 33040
Telephone: 305.294-4585
Facsimile: 305.294-7822
dph@horan-wallace.com
(via CM/ECF)

Mr. Joseph P. Klock, Esq.
Mr. Juan Carlos Antorcha, Esq.
Rasco Klock Reininger Perez Esquenazi
Vigil & Nieto
283 Catalonia Avenue
Second Floor
Coral Gables, FL 33134
(305) 476-7100
(305) 476-7102
jklock@rascoklock.com
jantorcha@rascoklock.com
(via CM/ECF)

Roberto M. Vargas
C. Wade Bowden
Jones Foster Johnston & Stubbs, P.A.
505 S. Flagler Dr., Suite 1100
P.O. Box 3475
W. Palm Beach, FL 33402-3475
Telephone: 561-650-0406
Facsimile: 561-650-0430
rvargas@jones-foster.com
wbowden@jones-foster.com
(via CM/ECF)