UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

**CASE NO. 08-10084-CIV-MARTINEZ/BROWN**

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and
HIGH PLAINS CAPITAL,

    *Plaintiffs,*

v.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    *Defendants.*
_____/

**PLAINTIFFS' REPLY TO THEIR EMERGENCY MOTION FOR
ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS**

    Corporate Plaintiffs argue in further support of their Emergency Motion for Enlargement of Time to File Dispositive Motions [D.E. 999] that the request for additional time is based on the undersigned's complicated litigation schedule and the special master's recent rulings, and not any effort to gain a litigation advantage.[1]

    The undersigned's firm was retained to handle certain issues in this case related to the insurance coverage at issue. Plaintiff's Motion for Partial Summary Judgment is focused solely on those matters, and was therefore the undersigned's responsibility to handle. The undersigned participated in an arbitration in New York on Thursday and Friday, August 19 and 20, 2010. The undersigned returned to South Florida late on Friday, then attended mediation of a securities

---

[1] The undersigned verifies that he has not yet reviewed INA's motion for summary judgment and will refrain from doing so until after Plaintiffs' motion is completed and filed.

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

matter all day on Saturday, August 21, 2010 in Plantation, Florida.  On Monday, August 23, 2010, the undersigned traveled to Jacksonville, Florida on a 7:05 a.m. flight to attend depositions in another matter (filed in the Middle District of Florida) and did not return to Miami until after 8:00 p.m.

Thus, it was the undersigned's hectic work-related travel and litigation schedule that prompted the request for additional time, not an effort to gain some strategic advantage in this case.  The requested enlargement was filed by the undersigned's office in his absence.  The undersigned agrees that the relief sought is not truly an "emergency," and states that the requested enlargement should have been ten days, not thirty.  Had the undersigned been able to review the motion prior to its filing, those errors would have been corrected, but they are nonetheless the responsibility of the undersigned.  And while Mr. Halmos' testimony and document production will likely relate to the issues to be addressed by the Court in reviewing the parties' competing motions, the undersigned concedes that, given the ferocity of INA's objections, the testimony and documents can be incorporated within Plaintiffs' response to INA's motion and its Reply in further support of its own motion.

WHEREFORE, Plaintiffs, respectfully request that this Court enter an Order granting Plaintiffs an enlargement of time within which to file their dispositive motion through noon on August 25, 2010, and any other relief that this Court deems just and proper.

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

Respectfully submitted,

VER PLOEG & LUMPKIN, P.A.
100 S.E. 2nd Street
30th Floor
Miami, FL  33131
305-577-3996
305-577-3558 *facsimile*

/s/ Stephen A. Marino, Jr.
**Brenton N. Ver Ploeg**
Florida Bar No. 171470
bverploeg@vpl-law.com
**Stephen A. Marino, Jr.**
Florida Bar No. 79170
smarino@vpl-law.com

## CERTIFICATE OF SERVICE

I herby certify that on August 24, 2010 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr.**

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

# SERVICE LIST
**Peter Halmos; International Yachting Charters, Inc. and High Plaints Captial v. Insurance Company of North America and Strickland Marine Insurance, Inc.
Case No. 08-10084-CIV-MARTINEZ/BROWN
United States District Court, Southern District of Florida**

Frank J. Sioli, Jr., Esq.
Zascha B. Abbott, Esq.
Brown Sims, P.C.
Datran One - Suite 908
9100 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 274-5507
Facsimile: (305) 274-551
fsioli@brownsims.com
*Counsel for Insurance Company of North America*

Kenneth G. Engerrand, Esq.
Michael A. Varner, Esq.
P. Michael Bowdoin, Esq.
Brown Sims, P.C.
1177 West Loop South
10th Floor
Houston, TX 77027-9007
Telephone: (713) 629-1580
Facsimile:  (713) 629-5027
kengerrand@brownsims.com
mvarner@brownsims.com
mbowdoin@brownsims.com
*Counsel for Insurance Company of North America*

Scott A. Bassman, Esq.
Dara L. Jebrock, Esq.
Cole, Scott & Kissane, P.A.
Dadeland Centre II
9150 S. Dadeland Blvd, Suite 1400
Miami, FL 33156
Telephone:  (305) 350-5303
Facsimile: (305) 373-2294
scott.bassman@csklegal.com
dara.jebrock@csklegal.com
*Counsel for Strickland Marine Insurance, Inc.*

David P. Horan, Esq.
Horan, Wallace & Higgins, LLP
608 Whitehead Street
Key West, FL  33040
Telephone:  (305) 294-4585
Facsimile:  (305) 294-7822
dph@horan-wallace.com
*Counsel for Insurance Company of North America*

Clinton Sawyer Payne, Esq.
DeMahy Labrador Drake Payne & Cabeza, PA
Alhambra Center – Penthouse
150 Alhambra Circle
Coral Gables, FL  33134
Telephone:  (305) 443-4850
Facsimile:  (305) 443-5960
cpayne@dldlawyers.com
*Counsel for Insurance Company of North America*

Hugh J. Morgan, Esq.
Law Office of Hugh J. Morgan
317 Whitehead Street
Key West, FL 33040-6542
Telephone:  (305) 296-5676
Facsimile:  (305)296-4331
hugh@hjmorganlaw.com
*Counsel for Peter Halmos, International Yachting Charters, Inc., and High Plains Capital*

4

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

| | |
|---|---|
| Joseph P. Klock, Esq.<br>Rasco, Klock, Reininger, Perez, Esquenazi, Vigil & Nieto<br>283 Catalonia Avenue<br>Suite 200<br>Coral Gables, FL 33134<br>Telephone:  305-476-7100<br>Facsimile:  305-476-7102<br>jklock@rascoklock.com<br>*Counsel for Peter Halmos, International Yachting Charters, Inc., and High Plains Capital* | Brenton N. Ver Ploeg, Esq.<br>Stephen A. Marino, Jr., Esq.<br>Ver Ploeg & Lumpkin, P.A.<br>100 S.E. 2nd Street<br>30th Floor<br>Miami, FL 33131<br>Telephone:  305-577-3996<br>Facsimile:  305-577-3558<br>bverploeg@vpl-law.com<br>smarino@vpl-law.com<br>*Counsel for Peter Halmos* |