IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

KEY WEST DIVISION

CASE NO. 08-10084-CIV-BROWN

PETER HALMOS, et al.,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA, et al.,

    Defendants.
_____/

**PLAINTIFFS' MOTION TO CONTINUE HEARING RE:  ORDER AND NOTICE OF HEARING – D.E. 887 AND 918 [D.E. 1020]**

International Yachting Charters, Inc. ("IYC") and High Plains Capital ("HPC") (collectively referred to as "the Plaintiffs") hereby move for a continuance of the hearing currently scheduled for October 7, 2010 at 10:00 a.m. and state the following:

On September 2, 2010 the Court set a hearing on Defendant's Motion for Protective Order [D.E. 887] and Plaintiffs' Motion for Sanctions [D.E. 918] for October 7, 2010 at 10:00 a.m.   Mr. Klock is scheduled to appear in U.S District Court for oral argument before The Honorable Judge Alan S. Gold on October 7, 2010 at 9:00 a.m. in *Miccosukee Tribe of Indians of Florida v. United States of America, et al.*, Case No. 04-21448-CIV-GOLD/McALILEY (the "Judge Gold Hearing"), where he serves as lead counsel for New Hope Sugar Company and Okeelanta Corporation.  That hearing has been set for several months.

Undersigned counsel is lead counsel for IYC and HPC, and should be present for this hearing as the subject matter of the hearing is rather important.  Undersigned

counsel is also lead counsel in the Judge Gold Hearing.  Mr. Klock is unsure as to what time the Judge Gold Hearing may be over with, however, it will probably take the better part of the day.

As a result, Plaintiffs request that the hearing set by this Court for October 7, 2010 at 10:00 a.m. be rescheduled for the end of the day that day, or scheduled for another day.  This motion is not made for purposes of delay, but in the interest of judicial economy and efficiency.

Undersigned counsel conferred with counsel for INA, Robert Browning, who stated that INA opposes the motion for continuance.

Wherefore, the Plaintiffs respectfully request that the Court enter an Order continuing the current hearing set October 7, 2010 at 10:00 a.m. for a later time that day, or for another date.

Respectfully submitted,

Joseph P. Klock, Jr.  FBN 156678
Juan Carlos Antorcha FBN 0523305
RASCO KLOCK REININGER PEREZ ESQUENAZI VIGIL & NIETO
283 Catalonia Avenue
Coral Gables, Florida  33134
Telephone: 305.476.7105
Facsimile: 305.476.7102

By: /s/ Joseph P. Klock Jr.

THE LAW OFFICE OF HUGH J. MORGAN
Hugh J. Morgan
P.O. Box 1117
Key West, Florida 33041
Telephone:  (305) 296-5676
Facsimile:  (305)296-4331
hugh@hjmorganlaw.com

*CASE NO. 08-10084-CIV-BROWN*

                    SPOTTSWOOD, SPOTTSWOOD & SPOTTSWOOD
                    Jack Spottswood
                    500 Fleming Street
                    Key West, Florida 33040
                    Telephone:  (305) 294-9556
                    Facsimile:   (305) 292-1982
                    [jack@spottswood.com](mailto:jack@spottswood.com)

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/Juan Carlos Antorcha*

CASE NO. 08-10084-CIV-BROWN

## Service List

Frank J. Sioli
Zascha B. Abbott
BROWN SIMS P.C.
Datran One - Suite 908
9100 South Dadeland Boulevard
Miami, Florida  33156
Telephone: (305) 274-5507
Facsimile: (305) 274-551
fsioli@brownsims.com

Kenneth G. Engerrand
Michael A. Varner
P. Michael Bowdoin
Brown Sims p.c.
1177 West Loop South
Tenth Floor
Houston, Texas 77027-9007
Telephone: (713) 629-1580
Facsimile:  (713) 629-5027
kengerrand@brownsims.com
mvarner@brownsims.com

Scott Bassman
Dara Jebrock
Counsel for Defendant, Strickland
Cole, Scott & Kissane, P.A.
Dadeland Centre II
9150 S. Dadeland Blvd, Suite 1400
Miami, FL 33156
Facsimile: 305.373.2294
dara.jebrock@csklegal.com
scott.bassman@csklegal.com

David P. Horan
HORAN, WALLACE & HIGGINS, LLP
608 Whitehead Street
Key West, FL  33040
Telephone:  (305) 294-4585
Facsimile:  (305) 294-7822
dph@horan-wallace.com

Clinton Sawyer Payne
DeMahy Labrador Drake Payne & Cabeza
Alhambra Center – Penthouse
150 Alhambra Circle
Coral Gables, FL  33134
Telephone:  (305) 443-4850
Facsimile:  (305) 443-5960

4831-5062-9639, v.  1