08-10084.o35

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

**This matter** is before this Court on Plaintiffs' Motion for Reconsideration...(D.E. 1026). The Court has considered the motion and all pertinent materials in the file.

The Court, for the most part, accepts the arguments of counsel in this motion, including the fact that "[T]he confusion also could have occurred as the Plaintiffs had not yet filed their reply at the time of the Court's ruling" (page 2, footnote 2 of the motion). As to this matter the confusion, however, is Plaintiffs' and not the Court's. See D.E. 465-paragraph 3.

The more important problem with this motion is that it totally ignores the second reason cited by the Court for overruling the objections - the one cited as being the most important. Thus, accepting, for the purposes of argument, the points made in this motion, they only address the first of the reasons.

Therefore, and the Court being otherwise fully advised in the premises it is hereby

**ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of September, 2010.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of record