| Home | Litigation Index | Who is ACE? | Learn More | About Us | Login |

*The collaborative clearinghouse for lawsuits against ACE Insurance Company, including those alleging bad faith.*

Home › Who is ACE?

# Busted by the Camera-Phone, ACE's Toe-Tapping Lawyer



Toe-Tapping Lawyer, Kenneth Engerrand

```
MR. ANTORCHA:  Ms. Dennis?
THE WITNESS:   Yes.
MR. ANTORCHA:  Has he been tapping your
foot?  And you're under oath here.
THE WITNESS:   Yes.
```

In a Florida case, ACE's lead lawyer Kenneth Engerrand, with ACE in-house counsel John Roth observing, was recently caught "tapping" the foot of an ACE employee witness apparently to "coach" her sworn deposition testimony. The witness was an ACE claims adjuster involved in a large marine claim stemming from hurricane Wilma.
The picture was attached as an exhibit to a fiery motion in Federal Court seeking sanctions against the offending loafer-clad lawyer who was caught under the table by a camera-phone. Apparently with ACE, depositions also need cameras under the table.
See original motion below filed 7/30/2010 in United States District Court for the Southern District of Florida - Key West Division.



## Who is ACE?



There are over 20 companies in the ACE Group operating in the United States.

More »

 **Find Cases in Your Area**

### Resources

**Consumer Advocate Groups**
Allstate Insurance Sucks
Consumer Watchdog
Bad Faith Insurance
Florida Homeowners Insurance Information
Insurance Consumer Advocate Network - I-CAN

**Legal Resources**
American Civil Liberties Union
State Insurance Commissioners

**Other Important Links**
Write your elected official!
Insurance Company Patrol
National Asscociation of Insurance Commissioners

### Did you know?

In 2009, ACE Ltd. controlled nearly $78 billion in assets and collected roughly $19 billion of gross written premiums. Five top ACE Executives earned nearly $30 Million in salary, bonus and other compensation,