08-10084.o37

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

## ORDER GRANTING MOTION TO CONTINUE HEARING

**This matter** is before this Court on Plaintiffs' Motion to Continue Hearing...(D.E. 1028). The Court has considered the motion, the response, the reply and all pertinent materials in the file.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** as follows:

1. The motion to continue be and the same is hereby **GRANTED**.

2. The hearing previously scheduled for October 7, 2010, is now re-scheduled for Monday, October 4, 2010, commencing at 10:30, A.M.

3. The three (3) day evidentiary hearing previously scheduled for October 4-6, 2010, is now rescheduled to the three (3) day period commencing October 18, 2010. This change does not alter

any of the deadlines in the original order setting the evidentiary hearing (see D.E. 979).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of September, 2010.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of record