08-10084.or30

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL YACHTING CHARTERS, INC., and HIGH PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH AMERICA and STRICKLAND MARINE INSURANCE, INC., (f/k/a STRICKLAND MARINE AGENCY, INC.),

    Defendants.

_____/

## ORDER RE: DEPOSITION

**This matter** came before this Court on defendant ...'s Motion for Protective Order ... (D.E. 887), and plaintiffs Motion for Sanctions...(D.E. 918). The Court has considered the motions, the responses, the reply and all pertinent materials in the file. In addition, the Court held an evidentiary hearing on October 4, 2010, and took testimony from the principal parties involved.

At said hearing it was represented by plaintiffs that the deposition of Ms. Dennis was in the file. Thus far the Court has only located excerpts of same. Therefore and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that plaintiffs shall have five (5) days from the date of this order to either file a notice giving the Court the docket entry

number of the complete deposition, or to file the complete deposition.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of October, 2010.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:  Counsel of record