FILED by WS D.C.
OCT 08 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. - MIAMI

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

PETER HALMOS, et al.,

        Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA, et al.,

        Defendants.

---

### PETER HALMOS' *PRO SE* OBJECTION TO OCTOBER 18, 2010 EVIDENTIARY HEARING AND REQUEST TO SET THIS MATTER FOR JURY TRIAL

---

PETER HALMOS, *pro se*, ("Halmos") hereby objects to this Court adjudicating anything at the Evidentiary Hearing scheduled for October 18, 2010 and thus the hearing should be cancelled. Instead, I respectfully request the earliest possible jury trial date that is convenient for this Court to set pursuant to August 31, 2010 Order [D.E. 236].

In addition to adopting the request for cancellation of hearing filed by Plaintiffs IYC and HPC, my basis for objecting to this Court's adjudication of anything at the October 18, 2010 hearing is Your Honor's unequivocal August 12, 2010 instructions:

> "I CANNOT FORCE EITHER SIDE TO DEAL WITH
> ANYTHING AT THIS HEARING THAT THEY DO NOT
> WANT TO DEAL WITH, THE WAY I SEE IT."
>
> (August 12, 2010 Transcript P. 4 Lines 18-20)

After reading the voluminous materials submitted as testimony by INA, it is clear that INA is denying coverage. That issue was never agreed upon by the parties for this Court's adjudication. INA's tactical submissions are a clear attempt to have this Court determine the

majority of the issues that should properly be before a jury. As a result, on behalf of myself, individually, and as the authorized representative of Plaintiffs IYC and HPC, Plaintiffs do not want, as put by the Court, "to deal with anything, at this hearing." Plaintiffs will not be put in a position of waiving any issue that is properly before the jury. Instead Plaintiffs' side invokes the terms in the Court's August 31, 2009 Order.

> **(b)(1) "The Parties will have a trial date certain...**
>
> **(b)(2) "If the parties can agree, the trial will be set whenever the parties would like it set (subject to conflicts in the Court's calendar):**

(August 31, 2009 Order, P. 2)

WHEREFORE, the relief hereby requested is:

1. Cancellation of the October 18, 2010 hearing because Halmos for good cause, declines to be forced to deal with anything at this hearing (See August 12, 2010 Transcript, P.4, Lines 18-20).

2. Trial by Jury of all matters triable to the maximum extent not prohibited by law at a trial date certain as soon as possible subject to conflicts in the Court's calendar. (See August 31, 2009 Order, P.2)(D.E. 236).

Respectfully submitted,

_____
Peter Halmos, Pro Se
c/o Meyers & Associate, C.P.A.
5725 Corporate Way, #101
West Palm Beach, Florida 33407
Telephone: (561)-684-6604
Facsimile: (561)-684-3881

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2010, I served the foregoing document on all counsel of record identified on the attached Service List via U.S. Mail.

By: _____
Peter Halmos, Pro Se

## SERVICE LIST

Frank J. Sioli  
Zascha B. Abbott  
Brown Sims P.C.  
Datran One - Suite 908  
9100 South Dadeland Boulevard  
Miami, Florida  33156  
Telephone: (305) 274-5507  
Facsimile: (305) 274-551  
fsioli@brownsims.com  
zabbott@brownsims.com  

Scott Bassman  
Dara Jebrock  
Counsel for Defendant, Strickland  
Cole, Scott & Kissane, P.A.  
Dadeland Centre II  
9150 S. Dadeland Blvd, Suite 1400  
Miami, FL 33156  
Facsimile: (305) 373-2294  
dara.jebrock@csklegal.com  
scott.bassman@csklegal.com  

Clinton Sawyer Payne  
DeMahy Labrador Drake Payne & Cabeza  
Alhambra Center – Penthouse  
150 Alhambra Circle  
Coral Gables, FL  33134  
Telephone:  (305) 443-4850  
Facsimile:  (305) 443-5960  

Kenneth G. Engerrand  
Michael A. Varner  
P. Michael Bowdoin  
Robert M. Browning  
Brown Sims P.C.  
1177 West Loop South  
Tenth Floor  
Houston, Texas 77027-9007  
Telephone: (713) 629-1580  
Facsimile:  (713) 629-5027  
kengerrand@brownsims.com  
mvarner@brownsims.com  

Hugh J. Morgan, Esq.  
Law Office of Hugh J. Morgan  
P.O. Box 1117  
Key West, FL 33041  
Telephone: 305-296-5676  
Facsimile: 305-296-4331  

Joseph P. Klock, Jr.  
Juan Carlos Antorcha  
Rasco Klock Reininger Perez  
283 Catalonia Avenue  
Coral Gables, FL  33134  
Telephone: (305) 476-7100  
Facsimile: (305) 476-7102  
jklock@rascoklock.com  
jantorcha@rascoklock.com  

Jack Spottswood  
Spottswood, Spottswood & Spottswood  
500 Fleming Street  
Key West, FL 33040  
Telephone: (305) 294-9556  
Facsimile: (305) 292-1982  
jack@spottswood.com  

Brenton N. Ver Ploeg  
Stephen A. Marino, Jr.  
Ver Ploeg & Lumpkin, P.A.  
100 SE 2nd Street, 30th Floor  
Miami, FL 33131  
Telephone: (305) 577-3996  
Facsimile: (305) 577-3558  
bverploeg@vpl-law.com  
smarino@vpl-law.com

David P. Horan  
Horan, Wallace & Higgins, LLP  
608 Whitehead Street  
Key West, FL 33040  
Telephone: (305) 294-4585  
Facsimile: (305) 294-7822  
dph@horan-wallace.com

Roberto M. Vargas  
C. Wade Bowden  
Jones Foster Johnston & Stubbs, P.A.  
505 S. Flagler Dr., Suite 1100  
W. Palm Beach, FL 33402-3475  
Telephone: 561-650-0406  
Facsimile: 561-650-0430  
rvargas@jones-foster.com  
wbowden@jones-foster.com

4843-3822-2599, v. 1