UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
**CASE NO. 08-10084-CIV-BROWN**

PETER HALMOS, et al.,

                            *Plaintiffs,*

vs.

INSURANCE COMPANY OF NORTH
AMERICA, et al.

                            *Defendants.*
_____/

### INSURANCE COMPANY OF NORTH AMERICA'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT TO THE EVIDENTIARY HEARING

Defendant Insurance Company of North America ("INA"), by and through its counsel, hereby files its Motion for Permission to Bring Electronic Equipment to the Evidentiary Hearing and states the following:

1. The Evidentiary Hearing in this matter is scheduled for October 18, 2010 through October 20, 2010.

2. Kenneth G. Engerrand, Esq., Robert M. Browning, Esq., Pete Demahy, Esq., and Clinton Payne, Esq. will appear in person on behalf of Insurance Company of North America.

3. John Roth, Assistant General Counsel for INA, and Pam Harting-Forkey will attend as the representative from Insurance Company of North America.

4. George Uhl, an expert witness, will attend the hearing.

4. INA requests permission for each of these individuals to bring their laptops, projectors, printers, and other similar items to the Evidentiary Hearing.

1

5. INA attempted to confer with Counsel for the Plaintiffs regarding their positions with respect to the instant motion. Despite multiple attempts to confer, Plaintiffs will not respond.

6. The instant motion is made in good faith not for purposes of delay and will not prejudice any party to this action.

WHEREFORE, in light of the foregoing, INA respectfully requests that this honorable Court grant its Motion for Permission to Bring Electronic Equipment to the Evidentiary Hearing.

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2010. I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

BROWN SIMS, P.C.

By: /s/ Frank J. Sioli
    Frank J. Sioli
    Florida Bar No. 009652
    Datran One – Suite 1609
    9130 South Dadeland Boulevard
    Miami, Florida 33156
    Telephone: 305.274-5507
    Facsimile 305.274-5517

***Attorneys for Defendant, Insurance Company of North America***

OF COUNSEL:

Kenneth G. Engerrand
P. Michael Bowdoin
Robert M. Browning
Michael A. Varner
BROWN SIMS, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027
Telephone: 713.629-1580
Facsimile: 713-629-5027

## SERVICE LIST

Mr. Hugh J. Morgan
Law Office of Hugh J. Morgan
317 Whitehead Street
Key West, Florida 33040
Telephone: 305.296-5676
Facsimile: 305.296-4331
hugh@hjmorganlaw.com
(via CM/ECF)

Mr. Jack Spottswood
Spottswood, Spottswood & Spottswood
500 Fleming Street
Key West, Florida 33040
Telephone: 305.294-9556
Facsimile: 305.292-1982
jack@spottswood.com
(via CM/ECF)

Peter Halmos, *Pro Se*
c/o Meyers & Associates, C.P.A.
5725 Corporate Way, #101
West Palm Beach, FL 33407
(via Certified Mail, return receipt requested
& via U.S. Mail, postage pre-paid)

Brenton N. Ver Ploeg, Esq.
Stephen A. Marino, Jr., Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. 2nd Street
30th Floor
Miami, FL 33131
Telephone: 305-577-3996
Facsimile: 305-577-3558
bverploeg@vpl-law.com
smarino@vpl-law.com
(via CM/ECF)

Mr. Clinton S. Payne
Mr. Pete L. DeMahy
DeMahy Labrador Drake Payne & Cabeza
150 Alhambra Circle - Penthouse
Coral Gables, Florida 33134
Telephone: 305.443-4850
Facsimile: 305.443-5960
cpayne@dldlawyers.com
pdemahy@dldlawyers.com
(via CM/ECF)

Mr. David Paul Horan
Horan, Wallace & Higgins, LLP
608 Whitehead Street
Key West, Florida 33040
Telephone: 305.294-4585
Facsimile: 305.294-7822
dph@horan-wallace.com
(via CM/ECF)

Mr. Joseph P. Klock, Esq.
Mr. Juan Carlos Antorcha, Esq.
Rasco Klock Reininger Perez Esquenazi
Vigil & Nieto
283 Catalonia Avenue
Second Floor
Coral Gables, FL 33134
(305) 476-7100
(305) 476-7102
jklock@rascoklock.com
jantorcha@rascoklock.com
(via CM/ECF)

Roberto M. Vargas
C. Wade Bowden
Jones Foster Johnston & Stubbs, P.A.
505 S. Flagler Dr., Suite 1100
P.O. Box 3475
W. Palm Beach, FL 33402-3475
Telephone: 561-650-0406
Facsimile: 561-650-0430
rvargas@jones-foster.com
wbowden@jones-foster.com
(via CM/ECF)

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

**CASE NO. 08-10084-CIV-BROWN**

PETER HALMOS, et al.,

                    *Plaintiffs,*

vs.

INSURANCE COMPANY OF NORTH
AMERICA, et al.

                    *Defendants.*

_____/

## **ORDER**

This matter came before the Court on Defendant Insurance Company of America's ("INA's") Motion for Permission to Bring Electronic Equipment to the Mediation Conference on June 10, 2010. The Court having considered the Motion, and being fully advised in the premises, hereby ORDERS that the Motion is hereby GRANTED.

It is further ORDERED that:

Kenneth G. Engerrand, Esq., Robert M. Browning, Esq., Pete Demahy, Esq., and Clinton Payne, Esq., John Roth, Pam Harting-Forkey, and George Uhl are permitted to bring laptops, projectors, printers, and other similar items to the Evidentiary Hearing to take place at 301 N. Miami Avenue, 10th Floor, Miami, Florida on October 18, 2010 through October 20, 2010.

Signed this _____ day of _____, 2010.

_____
STEPHEN T. BROWN
CHIEF U.S. MAGISTRATE JUDGE

Peter Halmos, Int'l Yachting Charters, Inc. &
High Plains Capital v. Insurance Co. of North America
Case Number: 08-10084-CIV-BROWN

**SERVICE LIST**

Mr. Hugh J. Morgan
Law Office of Hugh J. Morgan
Post Office Box 1117
Key West, Florida 33041
Telephone: 305.296-5676
Facsimile: 305.296-4331
hugh@hjmorganlaw.com

Mr. Clinton S. Payne
Mr. Pete L. DeMahy
DeMahy Labrador Drake Payne & Cabeza
150 Alhambra Circle - Penthouse
Coral Gables, FL 33134
Telephone: 305.443-4850
Facsimile: 305.443-5960
cpayne@dldlawyers.com
pdemahy@dldlawyers.com

Mr. Jack Spottswood
Spottswood, Spottswood & Spottswood
500 Fleming Street
Key West, Florida 33040
Telephone: 305.294-9556
Facsimile: 305.292-1982
jack@spottswood.com

Mr. David Paul Horan
Horan, Wallace & Higgins, LLP
608 Whitehead Street
Key West, Florida 33040
Telephone: 305.294-4585
Facsimile: 305.294-7822
dph@horan-wallace.com

Brenton N. Ver Ploeg, Esq.
Stephen A. Marino, Jr., Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. 2nd Street
30th Floor
Miami, FL 33131
Telephone: 305-577-3996
Facsimile: 305-577-3558
bverploeg@vpl-law.com
smarino@vpl-law.com

Mr. Joseph P. Klock, Esq.
Juan Carlos Antorcha, Esq.
Rasco Klock Reininger Perez Esquenazi
Vigil & Nieto
283 Catalonia Avenue
Second Floor
Coral Gables, FL 33134
(305) 476-7100
(305) 476-7102
jklock@rascoklock.com
jantorcha@rascoklock.com

Peter Halmos, *Pro Se*
c/o Meyers & Associates, C.P.A.
5725 Corporate Way, #101
West Palm Beach, FL 33407

Mr. Frank J. Sioli
Ms. Zascha Abbott
Datran Two – Suite 1609
9130 South Dadeland Blvd.
Miami, FL 33156-7851

7

<div style="column-count:2">

Kenneth G. Engerrand
P. Michael Bowdoin
Michael A. Varner
Robert M. Browning
Brown Sims, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027
Telephone: 713-629-1580
Facsimile: 713-629-5027
kengerrand@brownsims.com
mbowdoin@brownsims.com
mvarner@brownsims.com
rbrowning@brownsims.com

Telephone: 305-274-5507
Facsimile: 305-274-5517
fsioli@brownsims.com
zabbott@brownsims.com

Roberto M. Vargas
C. Wade Bowden
Jones Foster Johnston & Stubbs, P.A.
505 S. Flagler Dr., Suite 1100
P.O. Box 3475
W. Palm Beach, FL 33402-3475
Telephone: 561-650-0406
Facsimile: 561-650-0430
rvargas@jones-foster.com
wbowden@jones-foster.com

</div>