08-10084.o39

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING

**This matter** is before this Court on Plaintiffs' Unopposed Motion to Continue the Evidentiary Hearing...(D.E. 1112). The Court has considered the motion and all pertinent materials in the file.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** as follows:

1. The motion to continue be and the same is hereby **GRANTED**.

2. The hearing previously scheduled for October 28, 2010, is now re-scheduled for Tuesday, November 23, 2010, commencing at 10:00 A.M.

3. All provisions in the original notice of hearing are still applicable.

**DONE AND ORDERED** in Chambers at Miami, Florida, this <u>20th</u> day of October, 2010.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of record