08-10084.o44

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

## ORDER RE: OBJECTION

**This matter** came before this Court on plaintiff …'s Pro Se Objection to October 18, 2010 Hearing…(D.E. 1085). The Court canceled said evidentiary hearing. The Court having reviewed same and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the objection is now moot and on that basis is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of November, 2010.

                                                   STEPHEN T. BROWN
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of record