08-10084.oav

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

## ORDER RE: STRICKLAND MOTION FOR CONTEMPT

**This matter** is before this Court on Defendant...'s Motion for Contempt...(D.E. 1072). The Court having reviewed the motion, the response, and the reply and being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that plaintiffs shall have through and including Monday, November 29, 2010, to address the following - and **ONLY** the following:

1. If the issues raised in the response to D.E. 1072 demonstrate that the release offered prior to August 12, 2010, was changed after that date, the prior and subsequent releases shall be provided to the Court demonstrating said changes.

2. If the issues raised in the response pertain to language that was in the release prior to August 12, 2010, plaintiffs shall show where the objections raised in the response to the motion were raised prior to August 12, 2010 - to the Court.

3. Plaintiffs shall demonstrate where they raised to the Court any of the issues regarding the additional language added to the release now by plaintiffs, prior to August 12, 2010.

4. This "sur-reply" is not for the purpose of further argument. It is only to provide the materials sought herein. It is limited to five (5) pages.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of November, 2010.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of record