08-10084.o48

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

## ORDER RE: MOTION FOR EXTENSION OF TIME

    **This matter** is before this Court on Plaintiffs' Motion for Extension of Time ...(D.E. 1177). The Court has considered the motion and all pertinent materials in the file.

    The reasons for this motion, in the short run, are certainly reasonable. The question that arises is why, in so many situations, are plaintiffs needing these extensions. What has happened from the beginning of a situation (as opposed to just the last few days before deadlines) that requires said filing(s)?

    The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED**. The reply shall be filed on or before Tuesday, December 7, 2010. No further extensions will be considered. However, any future motions for extension of time shall include a history from the beginning of the event that

resulted in the need for an extension of time.

**DONE AND ORDERED** in Chambers at Miami, Florida, this <u>6th</u> day of December, 2010.

```
                    _____
                    STEPHEN T. BROWN
                    CHIEF UNITED STATES MAGISTRATE JUDGE
```

cc: Counsel of record