UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

FILED by _____ D.C.

DEC 2 2 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. -- MIAMI

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and
HIGH PLAINS CAPITAL,

   *Plaintiffs,*

v.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

   *Defendants.*
_____/

## NOTICE BY PETER HALMOS, PRO SE

  Plaintiff, Peter Halmos, *pro se*, pursuant to this Court's Order Re: Peter Halmos' Notice of Joinder [ D.E. 1198], states as follows:

  1. I remain *pro se* in this matter.

  2. Ver Ploeg & Lumpkin, P.A ("VPL") represents the corporate Plaintiffs IYC and HPC.

  3. The Notice of Joinder [D.E. 1144] was filed by VPL as a courtesy since I was unavailable locally, and could not file the Notice of Joinder in person at the courthouse.

  4. No misrepresentation was intended in the citations.

  5. I stand by my positions that:

    a.    Notices of Joinder are commonplace method of conserving judicial resources where a party is simply adopting the position taken by another party with shared interest, and

    b.    The notice of joining in the motions that had been briefed (whether recently or otherwise) was an acceptable practice and in no way prejudiced INA, as it would have made no different arguments or presented any different evidence had I individually filed identical briefs to those presented by corporate Plaintiffs.

Respectfully submitted,

_____
Peter Halmos, Pro Se
c/o Meyers & Associates, CPA
4540 PGA Boulevard
Suite 216
Palm Beach Gardens, FL 33418
Telephone: 561-249-1712
Facsimile: 561-249-1709

## CERTIFICATE OF SERVICE

I hereby certify that on December 22nd, 2010, I served the foregoing document on all counsel identified in the attached service list via U.S. Mail.

_____
Peter Halmos, Pro Se

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

## SERVICE LIST

Frank J. Sioli, Jr., Esq.
Zascha B. Abbott, Esq.
Brown Sims, P.C.
Datran One - Suite 908
9100 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 274-5507
Facsimile: (305) 274-551
fsioli@brownsims.com
*Counsel for Insurance Company of North America*

Kenneth G. Engerrand, Esq.
Michael A. Varner, Esq.
P. Michael Bowdoin, Esq.
Brown Sims, P.C.
1177 West Loop South
10th Floor
Houston, TX 77027-9007
Telephone: (713) 629-1580
Facsimile: (713) 629-5027
kengerrand@brownsims.com
mvarner@brownsims.com
mbowdoin@brownsims.com
*Counsel for Insurance Company of North America*

Scott A. Bassman, Esq.
Dara L. Jebrock, Esq.
Cole, Scott & Kissane, P.A.
Dadeland Centre II
9150 S. Dadeland Blvd, Suite 1400
Miami, FL 33156
Telephone: (305) 350-5303
Facsimile: (305) 373-2294
scott.bassman@csklegal.com
dara.jebrock@csklegal.com
*Counsel for Strickland Marine Insurance, Inc.*

David P. Horan, Esq.
Horan, Wallace & Higgins, LLP
608 Whitehead Street
Key West, FL 33040
Telephone: (305) 294-4585
Facsimile: (305) 294-7822
dph@horan-wallace.com
*Counsel for Insurance Company of North America*

Clinton Sawyer Payne, Esq.
DeMahy Labrador Drake Payne & Cabeza, PA
Alhambra Center – Penthouse
150 Alhambra Circle
Coral Gables, FL 33134
Telephone: (305) 443-4850
Facsimile: (305) 443-5960
cpayne@dldlawyers.com
*Counsel for Insurance Company of North America*

Hugh J. Morgan, Esq.
Law Office of Hugh J. Morgan
317 Whitehead Street
Key West, FL 33040-6542
Telephone: (305) 296-5676
Facsimile: (305)296-4331
hugh@hjmorganlaw.com
*Counsel for International Yachting Charters, Inc. and High Plains Capital*

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

| | |
|---|---|
| Joseph P. Klock, Esq.<br>Rasco, Klock, Reininger, Perez, Esquenazi,<br>Vigil & Nieto<br>283 Catalonia Avenue<br>Suite 200<br>Coral Gables, FL 33134<br>Telephone: 305-476-7100<br>Facsimile: 305-476-7102<br>jklock@rascoklock.com<br>*Counsel for International Yachting Charters,*<br>*Inc. and High Plains Capital* | Brenton N. Ver Ploeg, Esq.<br>Stephen A. Marino, Jr., Esq.<br>Ver Ploeg & Lumpkin, P.A.<br>100 S.E. 2nd Street<br>30th Floor<br>Miami, FL 33131<br>Telephone: 305-577-3996<br>Facsimile: 305-577-3558<br>bverploeg@vpl-law.com<br>smarino@vpl-law.com<br>*Counsel for International Yachting Charters,*<br>*Inc. and High Plains Capital* |