UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 08-10084-CIV-MARTINEZ-BROWN

PETER HALMOS, *et al.*

*Plaintiffs,*

vs.

INSURANCE COMPANY OF NORTH AMERICA, *et al.*

*Defendants.*
_____/

### ORDER DENYING
### PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

On December 16, 2010 before Special Master Klein came to be heard Plaintiffs' Motion for Protective Order. This Court, being fully apprised of the circumstances, and having considered any and all responses, replies, and oral argument, if any, is of the opinion that the recommendation of Special Master Klein is well-taken and should be granted in all things. It is therefore:

ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Motion for Protective Order is hereby DENIED. Third Parties Spencer Boat Company, Inc. d/b/a Rybovich Spencer and Christopher Upham (individually and d/b/a Acuadeportes CRSA) are ordered to produce the subpoenaed documents within ten (10) days of the date of this Order. The only documents exempted from this Order are the following:

(1). An April 15, 2006 email from Mr. Halmos to John Kimball and Bruce McAllister which is Bates Numbered IYC-1 002802;

(2). A February 10, 2006 email from Bruce McAllister which is Bates Numbered IYC-1 000792;

(3).   A February 13, 2006 email from Mr. Halmos to Bruce McAllister which is Bates Numbered IYC-1 001389.

Signed on this 30th day of December, 2010.

STEPHEN T. BROWN
Chief United States Magistrate Judge