IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

KEY WEST DIVISION

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

PETER HALMOS, et al.,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA, et al.,

    Defendants.
_____/

## PLAINTIFFS' MOTION FOR CLARIFICATION OR IN THE ALTERNATIVE FOR EXTENSION OF TIME

On December 21, 2010, catching the troops over here in holiday somnambulance, this Court entered its *Preliminary Order RE: Motion To Exclude Testimony . . . And Setting Filing Deadline* (the "Order") in response to Plaintiffs' Motion To Exclude Testimony [D.E. 1202].

In a section of that Order that dealt with other than the motion's disposition itself, the Court stated that "any motion that could have been filed on or before December 15, 2010, shall be filed on or before Wednesday, January 5, 2011." Plaintiffs are unsure as to whether or not that deadline applies to any and all case motions, excluding "trial motions" such as motions *in limine,* which Plaintiffs had otherwise intended to file if the need arises, once the parties have discussed the exhibits, witnesses and filed the pretrial stipulation pursuant to Local Rule 16.1 of the Southern District of Florida. For this reason, Plaintiffs request a clarification of this Court's Order, and, if in fact, the

Court intended the ruling to effect all motions, including ones *in limine*, Plaintiffs would ask for an extension of time to file such motions to two weeks from the date that the parties file the pretrial stipulation. In support thereof, Plaintiffs state the following:

1. The Order was issued in response to Plaintiffs' Motion To Exclude Testimony of Mr. Uhl (D.E. 1184), but appears to touch on broader issues.

2. As a result, Plaintiffs are unsure if the Order applies to all motions or all motions other than pre-trial and trial motions, such as motions *in limine*, which relate to the conduct of the trial.

3. If the Court intended on limiting the filing of all motions then Plaintiffs request that the deadline for filing *in limine* motions be continued until two weeks after the pretrial stipulation is filed.

4. This request is not meant to delay any matters before this Court. The Order was issued in the middle of the holiday season, and as Plaintiffs' counsel clearly were not working as hard as the Court, were not addressed until after New Year's. Moreover, if the extension of mercy is not sufficient cause, then Plaintiffs would suggest that waiting until after the pretrial stipulation is filed may erase the need to file motions as the pretrial stipulation may narrow the issues that the parties intend to try and the evidence which they intend to offer.

5. Counsel for the Plaintiffs, JC Antorcha emailed and called counsel for INA, Robert Browning, in a good faith attempt to confer as to whether or not INA would oppose such relief. Undersigned counsel has not heard back from Mr. Browning, who may or may not still be celebrating the holidays.

WHEREFORE, Plaintiffs request a clarification of this Court's Order indicating whether or not the Wednesday, January 5, 2011 deadline applies to motions *in limine*,

and if so, Plaintiffs request an extension of time to file their motions *in limine* should the need arise.

Respectfully submitted,

Joseph P. Klock, Jr.  FBN 156678
Juan Carlos Antorcha FBN 0523305
RASCO KLOCK REININGER PEREZ
EASQUENAZI VIGIL & NIETO
283 Catalonia Avenue
Coral Gables, Florida  33134
Telephone: 305.476.7105
Facsimile: 305.476.7102

By: /s/ Joseph P. Klock, Jr.

THE LAW OFFICE OF HUGH J. MORGAN
Hugh J. Morgan
P.O. Box 1117
Key West, Florida 33041
Telephone:  (305) 296-5676
Facsimile:  (305)296-4331
hugh@hjmorganlaw.com

SPOTTSWOOD, SPOTTSWOOD &
SPOTTSWOOD
Jack Spottswood
500 Fleming Street
Key West, Florida 33040
Telephone:  (305) 294-9556
Facsimile:  (305) 292-1982
jack@spottswood.com

PETER HALMOS, pro se
c/o Meyers & Associate, C.P.A.
4540 PGA Blvd., Suite 216
Palm Beach Gardens, FL 33418
Telephone:  (561) 249-1712
Facsimile: (561) 249-1709
gail@meyerscpa.com

By: _____

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,
RASCO KLOCK REININGER PEREZ
EASQUENAZI VIGIL & NIETO
Joseph Klock FBN 156678
Juan Carlos Antorcha FBN 0523305
283 Catalonia Avenue
Coral Gables, Florida 33134
Telephone: 305.476.7105
Facsimile: 305.476.7102

By: /s/ Juan Carlos Antorcha

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

## Service List

Frank J. Sioli
Zascha B. Abbott
BROWN SIMS P.C.
Datran One - Suite 908
9100 South Dadeland Boulevard
Miami, Florida 33156
Telephone: (305) 274-5507
Facsimile: (305) 274-551
fsioli@brownsims.com

Scott Bassman
Dara Jebrock
Counsel for Defendant, Strickland
Cole, Scott & Kissane, P.A.
Dadeland Centre II
9150 S. Dadeland Blvd, Suite 1400
Miami, FL 33156
Facsimile: 305.373.2294
dara.jebrock@csklegal.com
scott.bassman@csklegal.com

Clinton Sawyer Payne
DeMahy Labrador Drake Payne & Cabeza
Alhambra Center – Penthouse
150 Alhambra Circle
Coral Gables, FL 33134
Telephone: (305) 443-4850
Facsimile: (305) 443-5960

Kenneth G. Engerrand
Michael A. Varner
P. Michael Bowdoin
Brown Sims p.c.
1177 West Loop South
Tenth Floor
Houston, Texas 77027-9007
Telephone: (713) 629-1580
Facsimile: (713) 629-5027
kengerrand@brownsims.com
mvarner@brownsims.com

David P. Horan
HORAN, WALLACE & HIGGINS, LLP
608 Whitehead Street
Key West, FL 33040
Telephone: (305) 294-4585
Facsimile: (305) 294-7822
dph@horan-wallace.com

4822-3291-9304, v. 1