08-10084.or37

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA et al.,

    Defendants.
_____/

## ORDER RE: NOTICE OF INA

**This matter** is before this Court on INA's Notice Regarding Time Necessary...(D.E. 1218). This Court has considered same, D.E. 1130, and all pertinent materials in the file.

The Court will take this time to consider this notice and advise the parties regarding the trial proceedings as follows:

1. The Court originally set aside nineteen (19) days of Court time for this case. That remains unchanged.

2. Because the case is proceeding non-jury, the plaintiffs will be permitted thirteen (13) days to present their case (including rebuttal), and defendant will be permitted five (5). The remaining day is allocated to opening statements and closing arguments.

3. This Court has previously advised the parties (see D.E. 1130) that deposition testimony will be permitted in lieu of live testimony. Any deposition testimony offered will NOT be read into

the record but will be marked as exhibits and reviewed, privately, by the Court. This will have an additional net effect of giving the parties additional trial time.

   4. Findings of Fact and Conclusions of Law will **NOT** be submitted prior to or during the trial. A deadline for submission of same will be set at the conclusion of the trial.

   5. Paragraph five (5) of the Trial Order (D.E. 1121) shall not be complied with.

   6. The parties are reminded to re-read paragraph 6 of D.E. 1121.

   **DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of January, 2011.

                                        STEPHEN T. BROWN
                                        CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of record