**08-10084.or38**

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL YACHTING CHARTERS, INC., and HIGH PLAINS CAPITAL,

Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH AMERICA et al.,

Defendants.

_______________________________________/

**ORDER CANCELING PRE-TRIAL CONFERENCE**

**This matter** is before this Court *sua sponte*. The Court notes that a pre-trial conference was set for February 2, 2011, with the original recent trial order (D.E. 1121). The court further notes that this case is proceeding non-jury and it sees no need to have the pre-trial conference.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said pre-trial conference be and the same is hereby **CANCELED**.

To aid the parties, however, they should note that opening statements, if they wish to give them, will be limited to no more than one hour for plaintiffs and one hour for defendant. Furthermore, for scheduling purposes, at this time the Court notes that we will not be in trial on

March 4, 2011, the day of the Palm Beach Bench Bar Conference.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of January, 2011.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record