UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA, KEY WEST DIVISION

**CASE NO. 08-10084-CIV-MARTINEZ/BROWN**

PETER HALMOS, et al.,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH AMERICA, et al.,

    Defendants.

_____/

## ORDER

This matter came before the Court on Plaintiffs, International Yachting Charters, Inc. ("IYC"), High Plains Capital ("HPC"), and Peter Halmos, *pro se*, Unopposed Motion for Permission to Bring Electronic Equipment to the Trial Scheduled for February 22, 2011 through March 18, 2011 to take place at 301 N. Miami Avenue, 10th Floor, Miami, Florida. (D.E. 1290) The Court having considered the Motion, and being fully advised in the premises, hereby ORDERS that the Motion is GRANTED.

It is further ORDERED, that:

1. Hugh Morgan, Esq., Stephen Marino, Esq., Audwin F. Levasseur, Esq., Joseph P. Klock, Jr., Esq., Juan Carlos Antorcha, Esq., Peter Halmos, *pro se*, Nick Halmos, Esq., Sabra van der Poel, Michael W. Kirkpatrick, and Odalys Gonzalez are permitted to bring laptops and other similar electronic equipment to the Trial from February 22, 2011 through March 18, 2011.

2. Representatives of Legal-eze Graphics Company, Inc. ("Legal-eze") is granted access to the Courtroom, on Friday, February 18, 2011, ~~over the weekend and/or evening before~~

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

~~commencement of trial in this cause~~ for purposes of setting-up and configuring the equipment.

Legal-eze is granted permission to bring to Trial the following:

> 2 Sager Laptops w/ Power Cords
> 1 Large Fast-Fold Screen
> 1 EIKI Projector
> 1 ELMO Document Camera
> 6 VGA LCD Monitors
> Projector Stands, Tables, Cables and Powerstrips
> VGA Computer Switcher
> Cell Phone (for internet purposes)
> Equipment Setup Supplies

3.  Representatives of Lightning Courier are permitted access to Chief Magistrate's Courtroom on Friday, February 18, 2011 and/or Monday, February 21, 2011, and anytime during the course of this Trial, for the purposes of delivery Plaintiffs' trial boxes.

Signed this 17th day of February, 2011 at Miami, Florida.

THE HONORABLE STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of Record

4818-6932-8902, v. 1

2