IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

KEY WEST DIVISION

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

PETER HALMOS, et al.,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA, et al.,

    Defendants.
_____/

## PLAINTIFFS' NOTICE TO THE COURT REGARDING CONTINUANCE

On February 17, 2011, the Court entertained Plaintiffs' Emergency Motion For Continuance. After conducting a hearing on Plaintiffs' motion, the Court indicated that it would be inclined to continue the trial for a period of time to be determined by the Court should the Plaintiffs agree to what was proposed by the Court, and reach an agreement with the Defendant. The parties have conferred and have reached the following agreement:

1. The Court picks the medical expert(s).

2. Plaintiffs will pay all fees and costs of the expert(s).

3. Mr. Halmos will cooperate fully with all of the Court appointed experts.

4. Mr. Halmos will provide 5 medical authorizations. Three to the individuals attached to Plaintiffs' Emergency Motion For Continuance (D.E. 1297-1299) and 2 blank signed ones. As ordered by the Court, any documents generated in response to the

medical authorization forms will remain confidential and will be reviewed by the Court and its experts only.

5. Any examination of Mr. Halmos must be videotaped, and a court reporter must be present. It shall be submitted to only the Court *in camera* along with any report. Neither party receives a copy.

6. No further motions or discovery shall occur during the continuance time period except as required by the Court[1].

Respectfully submitted,

Joseph P. Klock, Jr.  FBN 156678
Juan Carlos Antorcha FBN 0523305
RASCO KLOCK REININGER PEREZ
EASQUENAZI VIGIL & NIETO
283 Catalonia Avenue
Coral Gables, Florida  33134
Telephone: 305.476.7105
Facsimile: 305.476.7102

By: /s/ Joseph P. Klock, Jr.

THE LAW OFFICE OF HUGH J. MORGAN
Hugh J. Morgan
P.O. Box 1117
Key West, Florida 33041
Telephone:  (305) 296-5676
Facsimile:  (305)296-4331
hugh@hjmorganlaw.com

SPOTTSWOOD, SPOTTSWOOD &
SPOTTSWOOD
Jack Spottswood
500 Fleming Street
Key West, Florida 33040
Telephone:  (305) 294-9556
Facsimile:  (305) 292-1982
jack@spottswood.com

---

[1] INA intends on filing its reply to Plaintiffs' Response to INA's Motion For Sanction (D.E. 1291) by Tuesday, February 22, 2011. Plaintiffs intend on filing a motion for reconsideration of this Court's Order Denying Request for Ruling by Tuesday, February 22, 2011 (D.E. 1283).

CASE NO. 08-10084-CIV-MARTINEZ/BROWN

PETER HALMOS, pro se
c/o Meyers & Associate, C.P.A.
4540 PGA Blvd., Suite 216
Palm Beach Gardens, FL 33418
Telephone: (561) 249-1712
Facsimile: (561) 249-1709

gail@meyerscpa.com

By: *[signature]*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Juan Carlos Antorcha

## Service List

Frank J. Sioli
Zascha B. Abbott
BROWN SIMS P.C.
Datran One - Suite 908
9100 South Dadeland Boulevard
Miami, Florida 33156
Telephone: (305) 274-5507
Facsimile: (305) 274-551
fsioli@brownsims.com

Scott Bassman
Dara Jebrock
Counsel for Defendant, Strickland
Cole, Scott & Kissane, P.A.
Dadeland Centre II
9150 S. Dadeland Blvd, Suite 1400
Miami, FL 33156
Facsimile: 305.373.2294
dara.jebrock@csklegal.com
scott.bassman@csklegal.com

Clinton Sawyer Payne
DeMahy Labrador Drake Payne & Cabeza
Alhambra Center – Penthouse
150 Alhambra Circle
Coral Gables, FL 33134
Telephone: (305) 443-4850
Facsimile: (305) 443-5960

Kenneth G. Engerrand
Michael A. Varner
P. Michael Bowdoin
Brown Sims p.c.
1177 West Loop South
Tenth Floor
Houston, Texas 77027-9007
Telephone: (713) 629-1580
Facsimile: (713) 629-5027
kengerrand@brownsims.com
mvarner@brownsims.com

David P. Horan
HORAN, WALLACE & HIGGINS, LLP
608 Whitehead Street
Key West, FL 33040
Telephone: (305) 294-4585
Facsimile: (305) 294-7822
dph@horan-wallace.com