08-10084.obh

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL YACHTING CHARTERS, INC., and HIGH PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH AMERICA and STRICKLAND MARINE INSURANCE, INC., (f/k/a STRICKLAND MARINE AGENCY, INC.),

    Defendants.
_____/

## ORDER GRANTING MOTION TO FILE UNDER SEAL

**This matter** came before this Court on Plaintiffs' Motion to File Under Seal (D.E. 1297). The Court having reviewed the motion and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED** and D.E. 1298 shall remain under seal pending further order of this Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of February, 2011.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of record