08-10084.or43

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA et al.,

    Defendants.
_____/

## ORDER RE: INA NOTICE

**This matter** is before this Court on Insurance Company of North America's Notice Regarding D.E. 1305. The Court has reviewed same, and all pertinent materials in the file.

The Court accepts Plaintiffs' Notice of Clarification...(D.E. 1305). However with limitations the Court will permit a response as follows:

1. Defendant may file a response to said Notice of Clarification not to exceed five (5) pages.

2. It shall not be argument or re-argument, other than to address only "the accuracy of certain representations made by Plaintiffs in that Notice". See page 1 of D.E. 1306.

3. In addition, defendant shall obtain and attach: (1) the Corness deposition; (2) a copy of the Second Amended Complaint from the Patton case; and (3) a copy of the Confidentiality Order from the Upham case.

1

4. It shall be filed on or before Wednesday, March 9, 2011.

5. No further filings in regards to this matter will be permitted absent permission of the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this <u>1st</u> day of March, 2011.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record