## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

### KEY WEST DIVISION

### Civil Action No. 08-10084-CIV MARTINEZ-BROWN

PETER HALMOS, INTERNATIONAL  §
YACHTING CHARTERS, INC. and  §
HIGH PLAINS CAPITAL,  §
 §
    Plaintiffs,  §
 §
INSURANCE COMPANY OF NORTH  §
AMERICA and STRICKLAND MARINE  §
MARINE INSURANCE, INC. (f/k/a  §
STRICKLAND MARINE AGENCY, INC.  §
 §
    Defendants.  §
 §
_____/ §

## MOTION TO WITHDRAW

Co-counsel for corporate plaintiffs, John M. Spottswood, Jr., hereby moves to withdraw as co-counsel and as grounds would state:

1. I seek to be removed as counsel of record

2. I have not been actively engaged in this litigation and know little of what has transpired. I have a very good relationship with Peter Halmos and co-counsel. This request is not to be construed negatively in any fashion and is being filed solely because I have not been involved in the litigation, and it would serve no useful purpose to remain as co-counsel during the pendency of the balance of the proceedings.

3. Active litigation counsel, Joseph P. Klock, Esquire, and the firm Rasco Klock Reininger Perez Esquenazi Vigil & Neito, and Hugh J. Morgan, Esquire, will remain as counsel of record for corporate plaintiffs

4. This motion will not prejudice any party.

5. I have consulted with co-counsel and defense attorneys who voice no objection to this motion.

WHEREFORE, John M. Spottswood, Jr., Esq., respectfully requests the Court enter an Order granting this motion and allow movant to withdraw as counsel of record.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 10, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission on Notices of Electronic Filing, generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ **John M. Spottswood, Jr.**
John M. Spottswood, Jr.
Fla. Bar No. 194909
Email: jack@spottswood.com
Spottswood, Spottswood & Spottswood
500 Fleming Street
Key West, FL  33040
Telephone:   (305) 294-9556
Facsimile:     (305) 292-1982

## Service List

Hugh J. Morgan
Florida Bar No. 112362
P.O. Box 1117
Key West, Florida 33041
Telephone: (305) 296-5676
Facsimile: (305)296-4331
hugh@hjmorganlaw.com

RASCO KLOCK
REININGER PEREZ
EASQUENAZI VIGIL
   & NIETO
Joseph Klock, Esq.
Juan Antorcha, Esq.
283 Catalonia Avenue
Coral Gables, FL 33134
Telephone: 305.476.7105
Facsimile: 305.476.7102

Peter Halmos
c/o Meyers & Associates, CPA
5725 Corporate Way, #101
West Palm Beach, FL 33407
Telephone: (561) 684-6604
Facsimile: (561) 684-3381
gail@meyerscpa.com

Kenneth G. Engerrand
Michael A. Varner
P. Michael Bowdoin
BROWN SIMS P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Telephone: (713) 629-1580
Facsimile: (713) 629-5027
kengerrand@brownsims.com
mvarner@brownsims.com

Scott Bassman, Esq.
Counsel for Defendant, Strickland
Cole, Scott & Kissane, P.A.
Dadeland Centre II
9150 S. Dadeland Blvd, Suite 1400
Miami, FL 33156

Facsimile: 305.373.2294
dara.jebrock@csklegal.com
scott.bassman@csklegal.com

David P. Horan, Esq.
HORAN, WALLACE & HIGGINS, LLP
608 Whitehead Street
Key West, FL 33040
Telephone: (305) 294-4585
Facsimile: (305) 294-7822
dph@horan-wallace.com

Clinton Sawyer Payne
DeMahy Labrador Drake Payne & Cabeza
Alhambra Center II  Penthouse
150 Alhambra Circle
Coral Gables, FL 33134
Telephone: (305) 443-4850
Facsimile: (305) 443-5960
cpayne@dldlawyers.com

Brenton N. Ver Ploeg, Esq.
Stephen A. Marino, Jr., Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. 2nd Street, 30th Floor
Miami, FL 33131
Telephone: 305-577-3996
Facsimile: 305-577-3558
bverploeg@vpl-law.com
smarino@vpl-law.com

Roberto M. Vargas
C. Wade Bowden
Jones Foster Johnston & Stubbs, P.A.
505 S. Flagler Dr., Suite 1100
P.O. Box 3475
W. Palm Beach, FL 33402-3475
Telephone: 561-650-0406
Facsimile: 561-650-0430
rvargas@jones-foster.com
wbowden@jones-foster.com