08-10084.or45

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

Case Number:  08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

      Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

      Defendants.

_____/

### NOTICE TO PARTIES

The case set as the #1 case to commence on May 16, 2011, has settled.  Therefore if the case set for May 2nd remains as scheduled, this case will commence on Monday, May 16, 2011, at 9:30 A.M.  The case will proceed Monday, Tuesday, and Wednesday of that week and then continue Monday, May 23, 2011.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of March, 2011.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of record