08-10084.obj

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

## ORDER DENYING VERIFIED EMERGENCY MOTION FOR RELIEF

**This matter** came before this Court on INA's Verified Emergency Motion for Relief ...filed April 4, 2011 (D.E. 1324). The Court has reviewed the motion and finds no indication of compliance with Local Rule 7.1(a)(30. The Court recognizes that Mr. Halmos cannot participate - however, counsel for the corporations are authorized to speak with him and obtain his position regarding this matter.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the Motion is hereby **DENIED, without prejudice**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of April, 2011.

                                              /s/Stephen T. Brown
                                         STEPHEN T. BROWN
                                         CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of record