08-10084.obk

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

## ORDER RE: AMENDED VERIFIED EMERGENCY MOTION FOR RELIEF

**This matter** came before this Court on INA's Amended Verified Emergency Motion for Relief...(D.E. 1326). The Court has reviewed the motion, the attachments thereto, and held a hearing on April 7, 2011.

The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED,** in part, and **DENIED,** in part, as follows:

    1.    This case is continued from the May 2, 2011, start date. Defense counsel's State Court case is taking precedence.

    2.    If that case settles, or does not proceed for any reason, this case will start on Tuesday, May 3, 2011.

    3.    If that case proceeds to trial, this case will start on May 9, 2011.

4. Defense counsel shall keep this Court and plaintiffs' apprised of any change with regard to the State Court case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this <u>8th</u> day of April, 2011.

                                                STEPHEN T. BROWN
                                                CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of record