UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 08-10084-CIV-BROWN

PETER HALMOS; INTERNATIONAL
YACHTING CHARTERS, INC.; and
HIGH PLAINS CAPITAL,

                *Plaintiffs,*

vs.

INSURANCE COMPANY OF NORTH AMERICA
and STRICKLAND MARINE INSURANCE, INC.
(f/k/a STRICKLAND MARINE AGENCY, INC.),

                *Defendants.*
_____/

## NOTICE TO THE COURT REGARDING *ORDER RE: AMENDED VERIFIED EMERGENCY MOTION FOR RELIEF*

Defendant, INSURANCE COMPANY OF NORTH AMERICA, by and through its undersigned counsel hereby file this Notice to the Court and states as follows:

1. The trial in the action styled *Jennifer Colon v. Walmart, USA, LLC and Dex Products*, pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, which was specially set to start on April 25, 2011 is now scheduled to start on Monday, April 18, 2011. The trial is expected to last six to seven trial days.

2. INA provides this Notice to the Court in accordance with its *Order Re: Amended Verified Emergency Motion for Relief* [DE 1327]. INA respectfully requests that the Court confirm the start date for the trial in the subject matter.

Case Number:  08-10084-CIV- BROWN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the court using CM/ECF. I also certify that the foregoing document was served on the above date on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by M/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing, on this __13__ day of April, 2011.

DeMahy Labrador Drake Payne & Cabeza
Counsel for Insurance Company of North America
Alhambra Center – Penthouse
150 Alhambra Circle
Coral Gables, FL  33134
Tel: 305.443-4850/Fax: 305.443-5960

By: _____
Clinton S. Payne
FBN 0044644
Pete L. DeMahy
FBN 241822

2

Case Number: 08-10084-CIV- BROWN

## SERVICE LIST

Hugh J. Morgan
Law Office of Hugh J. Morgan
P.O. Box 1117
Key West, Florida 33041
Telephone: (305) 296-5676
Facsimile: (305) 296-4331
hugh@hjmorganlaw.com

Joseph P. Klock, Esq.
Rasco Klock Reininger et al.
283 Catalonia Avenue
Second Floor
Coral Gables, FL 33134
Telephone: (305) 476-7100
Facsimile: (305) 476-7102
jklock@rascoklock.com

Peter Halmos, pro se
4540 PGA Blvd, Suite 216
Palm Beach Gardens, FL 33418
Telephone: 561/249-1712
Facsimile: 561/249-1709

Brenton N. Ver Ploeg, Esq.
Stephen A. Marino, Jr. PA.
Ver Ploeg & Lumpkin, P.A.
100 SE 2nd Street
30th Floor
Miami, FL 33131
Telephone: (305) 577-3996
Facsimile: (305) 577-3558
bverploeg@vpl-law.com
smarino@vpl-law.com

Scott A. Bassman, Esq.
Valerie Jackson, Esq.
Cole, Scott & Kissane, P.A.
Counsel for Strickland Marine Ins.
Dadeland Centre II
9150 South Dadeland Blvd., Ste 1400
Miami, Florida 33156
Telephone: (305) 350-5303
Facsimile: (305) 373-2294
Scott.bassman@csklegal.com
Valerie.jackson@csklegal.com

Frank Sioli, Esq.
BROWN SIMS, P.C.
Co-Counsel for Insurance Company of North America
Datran One – Suite 908
9100 South Dadeland Boulevard
Miami, Florida 33156
Telephone: (305) 274-5507
Facsimile: (305) 274-5517

David P. Horan, Esq.
Horan, Wallace & Higgins, LLP
608 Whitehead Street
Key West, FL 33040
Telephone: (305) 294-4585
Facsimile: (305) 294-7822
dph@horan-wallace.com

C. Wade Bowden, Esq.
Jones, Foster, Johnston & Stubbs, P.A.
Counsel for IYC
505 S. Flagler Dr., Suite 1100
P.O. Box 3475
West Palm Beach, FL 33402-3475
Telephone: (561) 650- 0406
Facsimile: (561) 650-0430