08-10084.or48

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

THIS IS A CONSENT CASE

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.

_____/

## THIRD NOTICE TO PARTIES

This case will commence on **Tuesday, May 3, 2011, at 9:30 A.M.** This case will proceed that week and the first three(3) days of the following week. This case will resume **Monday, May 16 through Wednesday May 18th, and then continue Monday, May 23, 2011.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of April, 2011.

                                                      s/Stephen T. Brown
                                                      STEPHEN T. BROWN
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of record