UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

**CASE NO. 08-10084-CIV-BROWN**

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and
HIGH PLAINS CAPITAL,

    *Plaintiffs,*

v.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    *Defendants.*
_____/

**NOTICE OF FILING**

Plaintiffs, International Yachting Charters, Inc. and High Plains Capital, hereby give notice of filing the April 13, 2011 Order setting trial in the case of *William P. Rynd v. Nationwide Mut. Fire Ins. Co., et al.*, United States District Court, Middle District of Florida, Case No. 8:09-CV-1556-JDW-TGW. At this time it appears unlikely that the *Rynd* matter will be called to trial on or before May 3, 2011. The undersigned is filing the *Rynd* order in an abundance of caution.

    Respectfully submitted,

    VER PLOEG & LUMPKIN, P.A.
    100 S.E. 2nd Street, 30th Floor
    Miami, FL 33131
    305-577-3996
    305-577-3558 *facsimile*

    /s/ Stephen A. Marino, Jr.
    **Stephen A. Marino, Jr.**
    Florida Bar No. 79170

CASE NO. 08-10084-CIV-BROWN

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on this 25th day of April 2011 on all counsel of record on the Service List below.

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr.**

## SERVICE LIST

Frank J. Sioli, Jr., Esq.
Zascha B. Abbott, Esq.
Brown Sims, P.C.
Datran One - Suite 908
9100 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 274-5507
Facsimile: (305) 274-551
fsioli@brownsims.com
*Counsel for Insurance Company of North America*

Kenneth G. Engerrand, Esq.
Michael A. Varner, Esq.
P. Michael Bowdoin, Esq.
Brown Sims, P.C.
1177 West Loop South
10th Floor
Houston, TX 77027-9007
Telephone: (713) 629-1580
Facsimile:  (713) 629-5027
kengerrand@brownsims.com
mvarner@brownsims.com
mbowdoin@brownsims.com
*Counsel for Insurance Company of North America*

Scott A. Bassman, Esq.
Dara L. Jebrock, Esq.
Cole, Scott & Kissane, P.A.
Dadeland Centre II
9150 S. Dadeland Blvd, Suite 1400
Miami, FL 33156
Telephone:  (305) 350-5303
Facsimile: (305) 373-2294
scott.bassman@csklegal.com
dara.jebrock@csklegal.com
*Counsel for Strickland Marine Insurance, Inc.*

David P. Horan, Esq.
Horan, Wallace & Higgins, LLP
608 Whitehead Street
Key West, FL  33040
Telephone:  (305) 294-4585
Facsimile:  (305) 294-7822
dph@horan-wallace.com
*Counsel for Insurance Company of North America*

CASE NO. 08-10084-CIV-BROWN

Clinton Sawyer Payne, Esq.
DeMahy Labrador Drake Payne & Cabeza, PA
Alhambra Center – Penthouse
150 Alhambra Circle
Coral Gables, FL 33134
Telephone: (305) 443-4850
Facsimile: (305) 443-5960
cpayne@dldlawyers.com
*Counsel for Insurance Company of North America*

Joseph P. Klock, Esq.
Rasco, Klock, Reininger, Perez, Esquenazi, Vigil & Nieto
283 Catalonia Avenue
Suite 200
Coral Gables, FL 33134
Telephone: 305-476-7100
Facsimile: 305-476-7102
jklock@rascoklock.com
*Counsel for Peter Halmos, International Yachting Charters, Inc., and High Plains Capital*

Hugh J. Morgan, Esq.
Law Office of Hugh J. Morgan
317 Whitehead Street
Key West, FL 33040-6542
Telephone: (305) 296-5676
Facsimile: (305)296-4331
hugh@hjmorganlaw.com
*Counsel for Peter Halmos, International Yachting Charters, Inc., and High Plains Capital*