UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

**CASE NO. 08-10084-CIV-MARTINEZ/BROWN**

PETER HALMOS, et al.,
       *Plaintiffs,*
vs.

INSURANCE COMPANY OF NORTH
AMERICA, et al.
       *Defendants.*
_____

**INSURANCE COMPANY OF NORTH AMERICA'S NOTICE
REGARDING PLAINTIFFS' MOTION TO VACATE CONSENT
OF REFERRAL TO MAGISTRATE JUDGE**

   Insurance Company of North America ("INA") files this Notice Regarding Plaintiffs' Motion to Vacate Consent of Referral to Magistrate Judge ("Plaintiffs' Motion") and in support thereof, INA would show:

   The real travesty here would be for this Court to throw up its hands and delay the sixth trial setting in this matter based upon Plaintiffs' continuing, baseless, and unjustified attacks. As everyone knows, the only reason Plaintiffs' Motion was filed at this late date was to delay the trial once again (as Plaintiffs have done time and again in the past). INA requests guidance from the Court whether any response to Plaintiffs' baseless and unjustified attack upon this Court is desired.

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on **April 28, 2011**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        Respectfully submitted,

        BROWN SIMS, P.C.

By:   /s/ Frank J. Sioli
       Frank J. Sioli
       Florida Bar No. 009652
       Datran One – Suite 908
       9100 South Dadeland Boulevard
       Miami, Florida 33156
       Telephone: 305.274-5507
       Facsimile 305.274-5517

***Attorneys for Defendant, Insurance Company of North America***

OF COUNSEL:

Kenneth G. Engerrand
P. Michael Bowdoin
Robert M. Browning
Michael A. Varner
BROWN SIMS, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027
Telephone: 713.629-1580
Facsimile: 713-629-5027

**SERVICE LIST**

Mr. Hugh J. Morgan
Law Office of Hugh J. Morgan
317 Whitehead Street
Key West, Florida 33040
Telephone: 305.296-5676
Facsimile: 305.296-4331
hugh@hjmorganlaw.com
(via CM/ECF)

Peter Halmos, *Pro Se*
c/o Meyers & Associates, C.P.A.
4540 PGA Blvd, Suite 216
Palm Beach Gardens, FL 33418
(via Certified Mail, return receipt requested & via U.S. Mail, postage pre-paid)

Brenton N. Ver Ploeg, Esq.
Stephen A. Marino, Jr., Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. 2nd Street
30th Floor
Miami, FL 33131
Telephone:  305-577-3996
Facsimile:  305-577-3558
bverploeg@vpl-law.com
smarino@vpl-law.com
(via CM/ECF)

C. Wade Bowden
Jones Foster Johnston & Stubbs, P.A.
505 S. Flagler Dr., Suite 1100
P.O. Box 3475
W. Palm Beach, FL 33402-3475
(via CM/ECF)

Mr. Clinton S. Payne
Mr. Pete L. DeMahy
DeMahy Labrador Drake Payne & Cabeza
150 Alhambra Circle - Penthouse
Coral Gables, Florida 33134
Telephone: 305.443-4850
Facsimile: 305.443-5960
cpayne@dldlawyers.com
pdemahy@dldlawyers.com
(via CM/ECF)

Mr. David Paul Horan
Horan, Wallace & Higgins, LLP
608 Whitehead Street
Key West, Florida 33040
Telephone: 305.294-4585
Facsimile: 305.294-7822
dph@horan-wallace.com
(via CM/ECF)

Mr. Joseph P. Klock, Esq.
Mr. Juan Carlos Antorcha, Esq.
Rasco Klock Reininger Perez Esquenazi Vigil & Nieto
283 Catalonia Avenue
Second Floor
Coral Gables, FL 33134
(305) 476-7100
(305) 476-7102
jklock@rascoklock.com
jantorcha@rascoklock.com
(via CM/ECF)

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

**CASE NO. 08-10084-CIV-MARTINEZ/BROWN**

PETER HALMOS, et al.,

    *Plaintiffs,*

vs.

INSURANCE COMPANY OF NORTH
AMERICA, et al.

    *Defendants.*

_____

**<u>ORDER DENYING PLAINTIFFS' MOTION (D.E. 1335)</u>**

On this day came on to be heard Plaintiffs' Verified Motion For Other Relief Regarding Order Granting Motion for Sanctions and Request for Expedited Briefing (D.E. 1335). The Court, after considering the Motion, the Response (if any), the Reply (if any), and arguments of counsel, is of the opinion that the Motion is not well taken and should in all things be DENIED. It is therefore

ORDERED, ADJUDGED, and DECREED that Plaintiffs' Verified Motion For Other Relief Regarding Order Granting Motion for Sanctions and Request for Expedited Briefing (D.E. 1335) is denied.

Signed this _____ day of _____, 2011.

                                                _____
                                                STEPHEN T. BROWN
                                                CHIEF UNITED STATES MAGISTRATE JUDGE

Case 4:08-cv-10084-STB Document 1340 Entered on FLSD Docket 04/28/2011 Page 6 of 6