# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 10, 2011

Steven M. Larimore
United States District Court
400 N MIAMI AVE
Miami, FL 33128-1807

FILED by ___ D.C.
MAY 16 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Appeal Number: 11-10522-BB
Case Style: Peter Halmos v. Insurance Company of North Ame, et al
District Court Docket No: 4:08-cv-10084-STB

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin, BB
Phone #: (404) 335-6178

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 11-10522-BB



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 10 2011
JOHN LEY
CLERK

PETER HALMOS,
Individually and on behalf of Other Insureds Under
and Pursuant to ACE-INA Insurance Contract,

        Plaintiff - Counter -
        Defendant - Appellant,

INTERNATIONAL YACHTING CHARTERS, INC.,
HIGH PLAINS CAPITAL,

        Plaintiffs - Counter - Defendants,

versus

INSURANCE COMPANY OF NORTH AMERICA,

        Defendant - Counter -
        Claimant - Appellee,

HARTFORD CAPITAL APPRECIATION FUND,
HARTFORD FINANCIAL SERVICES GROUP, INC.,

        Defendants - Appellees,

STRICKLAND MARINE INSURANCE, INC.,
f.k.a. Strickland Marine Agency, Inc.,

        Defendant.

Appeal from the United States District Court
for the Southern District of Florida

Before TJOFLAT, CARNES, and HULL, Circuit Judges.

BY THE COURT:

Appellant's motion to seal the response to our jurisdictional question is GRANTED. This appeal is DISMISSED for lack of jurisdiction. The magistrate judge's order of civil contempt, entered on January 18, 2011, is not final or otherwise immediately appealable. *See* 28 U.S.C. §§ 1291, 1292; Fed.R.Civ.P. 54(b); *S.E.C. v. Kirkland*, 533 F.3d 1323, 1325 (11th Cir. 2008); *Howard Johnson Co., Inc. v. Khimani*, 892 F.2d 1512, 1515-16 (11th Cir. 1990); *Combs v. Ryan's Coal Co. Inc.*, 785 F.2d 970, 976 (11th Cir. 1986).