08-10084.or49

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

THIS IS A CONSENT CASE

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

## ORDER CONTINUING TRIAL

The above captioned case, having recessed for the Court's criminal duty week, will resume on **Monday, June 13, 2011, at 9:30 A.M.** This case will proceed that week to completion.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of June, 2011.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record