08-10084.or50

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

THIS IS A CONSENT CASE

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA, et al.,

    Defendants.
_____/

## ORDER RE: FINDINGS OF FACT AND CONCLUSIONS OF LAW

To aid the parties (and the Court), it is hereby **ORDERED AND ADJUDGED** as follows:

1. Findings of fact shall be separated and directed to the remaining specific claims ("the Sol claim", "the Island Runner claim", "the Mongoose claim", the "Wilma - Legacy claim", "the Count 15 claim of Mr. Halmos", "the Count 16 Claim of Mr. Halmos", followed by any additional necessary facts directed to the Plaintiffs' "declaratory judgment claim" and the "Counterclaim."

2. Facts shall not be rambling narratives, but shall refer specifically to pages/lines of testimony and/or pages or paragraphs or lines of admitted exhibits.

3. Conclusions of law shall have specific references to supporting law - not unsubstantiated arguments.

4. The parties shall not include any facts, argument or law directed to any issue which has

been resolved by summary judgment, unless those matters are also necessary for resolution of the remaining specific claims.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of June, 2011.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of record