08-10084.52

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-10084-CIV-BROWN

THIS IS A CONSENT CASE

PETER HALMOS, INTERNATIONAL YACHTING CHARTERS, INC., and HIGH PLAINS CAPITAL,

    Plaintiff(s),

vs.

INSURANCE COMPANY OF NORTH AMERICA,

    Defendant(s).
_____/

### ORDER RE: WITNESS TOM DANTI

**THIS MATTER** is before the Court *sua sponte.*

The parties are hereby directed to meet and confer. After conferring either party shall file the report and deposition of Tom Danti on or before Wednesday, June 29, 2011. Note: the Court seeks this material ONLY for resolution of the issue regarding the testimony of Mr. Byrd. If it is not already in the record it will NOT be put in the record and NOT considered as evidence in this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of June, 2011.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of record

1