08-10084.or53

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

THIS IS A CONSENT CASE

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA, et al.,

    Defendants.

_____/

## ORDER ON FILINGS

**This matter** is before this Court on receipt of D.E. 1411 and 1416. Apparently the inactivity is hard to accept in this case. Plaintiffs are correct - the Court did intend to, and will address this matter - to the extent needed - in the findings of fact and conclusions of law.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that these filings will be considered as supplements to the parties' proposed findings of fact and conclusions of law.

**DONE AND ORDERED** in Chambers at Miami, Florida this 25th day of August, 2011.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of record