08-10084.o64

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.
_____/

## ORDER DENYING MOTION TO COMPEL

**This matter** is before this Court on Plaintiff's Motion to Compel Payment...(D.E. 1418).

The Court has reviewed the motion and finds no indication of compliance with local Rule 7.1(a)(3).

Accordingly, and the Court being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that the motion be and the same is hereby **DENIED, without prejudice**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of September, 2011.

    STEPHEN T. BROWN
    CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of record