08-10084.obm

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

Miami Division

Case Number: 08-10084-CIV-BROWN

PETER HALMOS, INTERNATIONAL
YACHTING CHARTERS, INC., and HIGH
PLAINS CAPITAL,

    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH
AMERICA and STRICKLAND MARINE
INSURANCE, INC., (f/k/a STRICKLAND
MARINE AGENCY, INC.),

    Defendants.

_____/

## ORDER TO SHOW CAUSE

    **THIS MATTER** is before this Court on Defendant's Request for Entry of Judgment (D.E. 1433), and Motion for Sanctions (D.E. 1434). The Court has reviewed both motions and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that defendant shall have **five (5)** days from the date of this order to show cause (not to exceed five pages) why this Court retains jurisdiction to consider either or both of these motions in light of the appeal taken by plaintiffs on December 21, 2011.

    Plaintiffs shall not respond to either of these motions unless and until ordered to do so by the

Court. Plaintiffs may reply (also not to exceed five pages) to the response to this order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of December, 2011.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record