UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-10084-CIV-MARTINEZ

PETER HALMOS, *et al.*,

    Plaintiffs,

vs.

INSURANCE CO. OF N. AM., *et al.*,

    Defendants.
_____/

## ORDER OF REASSIGNMENT TO UNITED STATES DISTRICT JUDGE JOSE E. MARTINEZ

THIS CAUSE came before the Court upon the retirement of Chief Magistrate Judge Brown, to whom this case was assigned. Due to his retirement, the Court is reassigning this case to United States District Judge Jose E. Martinez, who originally handled the case. Accordingly, it is

**ORDERED** that the above-captioned matter be referred to United States District Judge Jose E. Martinez for the conduct of all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of May, 2012.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:
U.S. District Judge Jose E. Martinez

Counsel of Record